CHOI & ITO
Attorneys At Law

CHUCK C. CHOI             #6435
ALLISON A. ITO            #8152
700 Bishop Street, Suite 1107
Honolulu, Hawai'i 96813
Telephone No. (808) 533-1877
Facsimile No. (808) 566-6900
Email:  cchoi@hibklaw.com; aito@hibklaw.com;

Attorneys for Defendants
CLEARCOM, INC., HO'OPA'A INSURANCE CORP.,
PA MAKANI LLC, PANIOLO CABLE COMPANY, LLC,
AND WAIMANA ENTERPRISES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>v.<br><br>SANDWICH ISLES COMMUNICATIONS, INC., ALBERT S. N. HEE, RANDALL Y. C. HO, JANEEN-ANN OLDS, CLEARCOM, INC., HO'OPA'A INSURANCE CORP., PA MAKANI LLC, PANIOLO CABLE COMPANY, LLC, WAIMANA ENTERPRISES, INC., HAWAII NATIONAL BANK, MAUI ELECTRIC CO. LTD., HAWAIIAN ELECTRIC COMPANY, INC., CENTRAL PACIFIC BANK, KEKAULUOHI, INC., DELL FINANCIAL SERVICES LLC, and R. M. TOWILL CORPORATION,<br>         Defendants. | Case No. 18-cv-00145-JMS-KSC<br><br>NOTICE OF INVOLUNTARY CHAPTER 11 PETITION; EXHIBIT "1"; CERTIFICATE OF SERVICE |

1

**NOTICE OF INVOLUNTARY CHAPTER 11 PETITION; EXHIBIT "1"**

On November 13, 2018, certain petitioning creditors filed an involuntary Chapter 11 petition against Paniolo Cable Company, LLC in the U.S. Bankruptcy Court for the District of Hawaii in that bankruptcy case no. 18-01319. A copy of said involuntary petition is attached hereto as Exhibit 1. An order for relief on the involuntary petition has not been entered, but the automatic stay of 11 U.S.C. § 362(a) applies to the instant proceeding with respect to Paniolo Cable Company, LLC.

Dated:   Honolulu, Hawaii November 28, 2018

/s/ Chuck C. Choi
Chuck C. Choi
Allison A. Ito
Attorneys for Defendants CLEARCOM, INC., HOʻOPAʻA INSURANCE CORP., PA MAKANI LLC, PANIOLO CABLE COMPANY, LLC, and WAIMANA ENTERPRISES, INC.