IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. No. 18-00145 JMS-RT |
| Plaintiff, | ORDER AMENDING JUDGMENT |
| vs. | |
| SANDWICH ISLES COMMUNICATIONS, INC., ET AL., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |

**ORDER AMENDING JUDGMENT**

On February 3, 2020, the court entered partial judgment on Count One of the complaint in favor of Plaintiff United States and against Defendant Sandwich Isles Communications, Inc.  ECF No. 222.  As instructed in the court's order that granted entry of judgment under Federal Rule of Civil Procedure 54(b), ECF No. 221, Plaintiff filed a declaration on February 6, 2020 that established the exact amount of that judgment.  ECF No. 223.  That amount is $138,557,635.82.  *See id.* ¶ 5.  The deadline has passed for Defendant Sandwich Isles Communications, Inc., to file an opposition to that amount.  *See* ECF No. 221 at

1

PageID #3616-17 (setting deadline of February 14, 2020).  The court approves that figure as the amount owed under Count One.

Accordingly, the Clerk of Court is directed to issue an Amended Partial Judgment in favor of Plaintiff United States against Defendant Sandwich Isles Communications, Inc. on Count One of the complaint in the amount of **$138,557,635.82.**

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 18, 2020.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States v. Sandwich Isles Commc'ns, Inc.*, Civ. No. 18-00145 JMS-RT, Order Amending Judgment