AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

     Plaintiff,

     V.

SANDWICH ISLES
COMMUNICATIONS, INC., et al.

     Defendants.

**AMENDED PARTIAL JUDGMENT
IN A CIVIL CASE**

Case: CV 18-00145 JMS-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 18, 2020

At 10 o'clock and 43 min a.m.
SUE BEITIA, CLERK

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✔]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On February 3, 2020, the Court issued its Order, ECF 221: "ORDER (1) GRANTING MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM OF SANDWICH ISLES COMMUNICATIONS, INC., ECF NO. 176; AND (2) GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT ON COUNT ONE OF THE COMPLAINT, ECF NO. 179"("February 3, 2020 Order"),

IT IS ORDERED AND ADJUDGED  that an AMENDED PARTIAL FINAL JUDGMENT,  pursuant to Rule 54(b), is entered in favor of the United States and against Sandwich Isles Communications, Inc. as to Count I of the Complaint, in the amount of $138,557,635.82 pursuant to  and in accordance with  the February 3, 2020 Order and the "Order Amending Judgment", ECF No. 225, filed on February 18, 2020.

| February 18, 2020 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |