ATTACHMENT A

IAD EXHIBITS

EXHIBIT A: ROUTE MAPS[47]



---

[47] These maps were created by SIC and provided to IAD to represent all active interexchange routes on each island as of December 31, 2013. The maps were provided December 8, 2015. Only interexchange routes are noted (no routes between central offices and end users.) The numbers next to each line are "route numbers" – these identifiers were used in the cable and wire cost study reconciliations.



SIC0152074



SIC0152075



SIC0152076



SIC0152077

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Alloc

**GVNW F222 Alloc (2002)**

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total # | Total | IX | | | | Host | Exchange | | | | |
| | Route | | Cable Type/Description | | Facility | Length (ft.) | of Pairs | Investment | Access | DSL DS3 | DSL DS1 | EAS | Remote | Trunk | Exchange | | | |
| 101 | Laiopua-Pu'ukapu | | Own | 10 | Conduit | 0 | 0 | 18,555,367 | 4,638,842 | 9,277,684 | 4,638,842 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 20 | Fiber | 236,644 | 2 | 753,237 | 188,309 | 376,619 | 188,309 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 101 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 236,644 | 2 | 19,308,604 | 4,827,151 | 9,654,302 | 4,827,151 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 102 | Anahola-Lihui | | Own | 10 | Conduit | 0 | 0 | 6,636,761 | 1,106,127 | 4,424,507 | 221,225 | 0 | 442,451 | 0 | 0 | | | |
| 102 | | | | 20 | Fiber | 81,741 | 3 | 435,827 | 72,638 | 290,551 | 14,528 | 0 | 29,055 | 0 | 0 | | | |
| 102 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 102 | | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 102 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 102 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 102 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 81,741 | 3 | 7,072,588 | 1,178,765 | 4,715,059 | 235,753 | 0 | 471,506 | 0 | 0 | 471,506 | 471,506 | 0 |
| 103 | Waimanalo-Honolulu | | Leased L | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 103 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 103 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 103 | | | | 40 | Buried Cable | 58,080 | 1 | 55,028 | 36,685 | 0 | 0 | 18,343 | 0 | 0 | 0 | | | |
| 103 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 103 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 103 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 58,080 | 1 | 55,028 | 36,685 | 0 | 0 | 18,343 | 0 | 0 | 0 | 0 | 0 | 0 |
| 104 | Laiopua-Honolulu | | Leased S | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 40 | Buried Cable | 1,019,040 | 1 | 1,077,075 | 1,077,075 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 104 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 1,019,040 | 1 | 1,077,075 | 1,077,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 105 | Pu'ukapu-Honolulu | | Leased S | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 40 | Buried Cable | 1,008,480 | 1 | 1,065,913 | 1,065,913 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 105 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 1,008,480 | 1 | 1,065,913 | 1,065,913 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SIC0152086