C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total # | Total | IX | | | | Host | Exchange | | | |
| | | Route | Cable Type/Description | | Facility | Length (ft.) | of Pairs | Investment | Access | DSL DS3 | DSL DS1 | EAS | Remote | Trunk | Exchange | | |
| 106 | | Waiehu-Honolulu Leased  S | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 40 | Buried Cable | 533,260 | 1 | 563,650 | 563,650 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 106 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 533,280 | 1 | 563,650 | 563,650 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 107 | | Hilo-Honolulu Leased   S | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 40 | Buried Cable | 1,272,480 | 1 | 1,344,948 | 1,344,948 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 107 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 1,272,480 | 1 | 1,344,948 | 1,344,948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 108 | | Anahola-Honolulu Leased  S | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 40 | Buried Cable | 591,360 | 1 | 625,038 | 625,038 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 108 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 591,360 | 1 | 625,038 | 625,038 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 109 | | Pu'ukapu-Hilo Leased   L | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 109 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 109 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 109 | | | | 40 | Buried Cable | 248,160 | 2 | 235,120 | 58,780 | 117,560 | 19,593 | 39,187 | 0 | 0 | 0 | | |
| 109 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 109 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 109 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 248,160 | 2 | 235,120 | 58,780 | 117,560 | 19,593 | 39,187 | 0 | 0 | 0 | 0 | 0 | 0 |
| 110 | | Waimanalo-Mililani Leased  L | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 40 | Buried Cable | 116,160 | 1 | 110,056 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 110 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 116,160 | 1 | 110,056 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110,056 | 0 | 110,056 |

SIC0152087

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Alloc

**GVNW F222 Alloc (2002)**

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Route | Cable Type/Description | | | Facility | Length (ft.) | Total # of Pairs | Total Investment | IX Access | DSL DS3 | DSL DS1 | EAS | Host Remote | Exchange Trunk | Exchange | | |
| 111 | Waimanalo-Papakolea Leased | L | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 111 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 111 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 111 | | | | 40 | Buried Cable | 47,520 | 2 | 45,023 | 0 | 22,512 | 5,628 | 11,256 | 5,628 | 0 | 0 | | |
| 111 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 111 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 111 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 47,520 | 2 | 45,023 | 0 | 22,512 | 5,628 | 11,256 | 5,628 | 0 | 0 | 0 | 0 | 0 |
| 112 | Lihue-Kekaha | Own | | 10 | Conduit | 0 | 0 | 12,736,944 | 2,547,389 | 8,491,296 | 0 | 0 | 0 | 0 | 0 | | |
| 112 | | | | 20 | Fiber | 147,932 | 3 | 666,720 | 133,344 | 444,480 | 0 | 0 | 88,896 | 0 | 0 | | |
| 112 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 112 | | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 112 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 112 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 112 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 147,932 | 3 | 13,403,664 | 2,680,733 | 8,935,776 | 0 | 0 | 88,896 | 0 | 0 | 1,698,259 | 1,698,259 | 0 |
| 113 | Hilo-Hilo Leased | L | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 113 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 113 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 113 | | | | 40 | Buried Cable | 15,840 | 1 | 15,008 | 0 | 0 | 0 | 15,008 | 0 | 0 | 0 | | |
| 113 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 113 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 113 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 15,840 | 1 | 15,008 | 0 | 0 | 0 | 15,008 | 0 | 0 | 0 | 0 | 0 | 0 |
| 114 | Laiopua-Hilo Leased | L | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 114 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 114 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 114 | | | | 40 | Buried Cable | 322,080 | 1 | 305,156 | 0 | 0 | 101,719 | 203,437 | 0 | 0 | 0 | | |
| 114 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 114 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 114 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 322,080 | 1 | 305,156 | 0 | 0 | 101,719 | 203,437 | 0 | 0 | 0 | 0 | 0 | 0 |
| 115 | Kalamaula-Waimanalo Leased | O | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 115 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SIC0152088

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS 2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total # | Total | IX | | | | Host | Exchange | | | |
| | | Route | Cable Type/Description | | Facility | Length (ft.) | of Pairs | Investment | Access | DSL DS3 | DSL DS1 | EAS | Remote | Trunk | Exchange | | |
| 116 | | Waiehu-Wailuku Leased | L | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 40 Buried Cable | 10,560 | 1 | 10,005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 116 | | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 10,560 | 1 | 10,005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,005 | 0 | 10,005 |
| 117 | | Anahola-Lihue Leased | L | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 40 Buried Cable | 68,640 | 1 | 65,033 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 117 | | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 68,640 | 1 | 65,033 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,033 | 0 | 65,033 |
| 118 | | Kekaha- HNL Leased | S | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 40 Buried Cable | 739,200 | 1 | 781,298 | 781,298 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 118 | | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 739,200 | 1 | 781,298 | 781,298 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 119 | | Waimanalo-Kaupea leased | L | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 119 | | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 120 | | Waimanalo-Kaipolei leased | L | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 40 Buried Cable | 126,720 | 1 | 120,061 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 120 | | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 126,720 | 1 | 120,061 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120,061 | 0 | 120,061 |

SIC0152089

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B Route | C | D Cable Type/Description | E | F Facility | G Length (ft.) | H Total # of Pairs | i Total Investment | J IX Access | K DSL DS3 | L DSL DS1 | M EAS | N Host Remote | O Exchange Trunk | Exchange | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 121 Waimanalo-Kalaeloa leased L | | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 40 Buried Cable | 132,000 | 1 | 125,064 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 121 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 132,000 | 1 | 125,064 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125,064 | 0 | 125,064 |
| | 122 Waimanalo-Nanakuli leased L | | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 122 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 122 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 122 | | | | 40 Buried Cable | 158,400 | 3 | 150,077 | 11,544 | 100,051 | 7,696 | 11,544 | 3,848 | 0 | 0 | | |
| | 122 | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 122 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 122 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 158,400 | 3 | 150,077 | 11,544 | 100,051 | 7,696 | 11,544 | 3,848 | 0 | 0 | 15,392 | 0 | 15,392 |
| | 123 Waimanalo-Olani leased L | | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 40 Buried Cable | 95,400 | 1 | 90,387 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 123 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 95,400 | 1 | 90,387 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90,387 | 0 | 90,387 |
| | 124 Waimanalo-Ka Waihona leased L | | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 40 Buried Cable | 158,400 | 1 | 150,077 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 124 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 158,400 | 1 | 150,077 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,077 | 0 | 150,077 |
| | 125 Waimanalo-Pahee leased L | | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 40 Buried Cable | 174,240 | 1 | 165,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 50 Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | 125 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 174,240 | 1 | 165,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 165,084 | 0 | 165,084 |

SIC0152090