C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H Total # | i Total | J IX | K | L | M | N Host | O Exchange | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Route | | Cable Type/Description | | Facility | Length (ft.) | of Pairs | Investment | Access | DSL DS3 | DSL DS1 | EAS | Remote | Trunk | Exchange | | |
| 126 | Waimanalo-Waianae leased L | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 40 | Buried Cable | 179,520 | 1 | 170,087 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 126 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 179,520 | 1 | 170,087 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 170,087 | 0 | 170,087 |
| 127 | Kalamaula-Knkk Leased L | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 40 | Buried Cable | 5,280 | 1 | 5,003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 127 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 5,280 | 1 | 5,003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,003 | 0 | 5,003 |
| 128 | Waiehu-Puunene Leased 0 | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 128 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 129 | Hilo- Disc. Harbor etal Leased L | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 40 | Buried Cable | 359,040 | 1 | 340,174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 129 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 359,040 | 1 | 340,174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 340,174 | 0 | 340,174 |
| 130 | Waiehu-Lanai Leased S | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 130 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 130 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 130 | | | | 40 | Buried Cable | 153,120 | 1 | 161,840 | 0 | 0 | 0 | 161,840 | 0 | 0 | 0 | | |
| 130 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 130 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 130 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 153,120 | 1 | 161,840 | 0 | 0 | 0 | 161,840 | 0 | 0 | 0 | 0 | 0 | 0 |
| 131 | Waiehu-Paukukalo Leased L | | | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 40 | Buried Cable | 5,280 | 1 | 5,003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 50 | Submarine Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 131 | | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | Subtotal | 5,280 | 1 | 5,003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,003 | 0 | 5,003 |

SIC0152091

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS 2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Route | Cable Type/Description | | Facility | Length (ft.) | Total # of Pairs | Total Investment | IX Access | DSL DS3 | DSL DS1 | EAS | Host Remote | Exchange Trunk | Exchange | | | |
| | 132 | Puukapu-Kawaihae Paniolo | PANIOLO | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 50 | Submarine Cable | 72,874 | 2 | 4,454,389 | 2,227,195 | 2,227,195 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 132 | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 72,874 | 2 | 4,454,389 | 2,227,195 | 2,227,195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 133 | Kawaihae-Makena Paniolo | PANIOLO | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 50 | Submarine Cable | 367,451 | 2 | 5,667,307 | 2,833,653 | 2,833,653 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 133 | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 367,451 | 2 | 5,667,307 | 2,833,653 | 2,833,653 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 134 | Makena-Puunene Paniolo | PANIOLO | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 50 | Submarine Cable | 68,636 | 2 | 4,195,344 | 2,097,672 | 2,097,672 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 134 | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 68,636 | 2 | 4,195,344 | 2,097,672 | 2,097,672 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 135 | Puunene-Leialii Paniolo | PANIOLO | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 50 | Submarine Cable | 123,271 | 5 | 7,534,882 | 1,506,976 | 6,027,906 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 135 | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 123,271 | 5 | 7,534,882 | 1,506,976 | 6,027,906 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 136 | Leialii-Onealii Paniolo | PANIOLO | 10 | Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 20 | Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 30 | Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 40 | Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 50 | Submarine Cable | 140,289 | 5 | 2,163,719 | 432,744 | 1,730,975 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 136 | | | 70 | Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 140,289 | 5 | 2,163,719 | 432,744 | 1,730,975 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SIC0152092

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS 2012 CS Revised-USAC Example v2.xls]F-222Alloc

GVNW F222 Alloc
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 12/31/12
### Route & Section Allocation

| A | B | C | D | E | F | G | H | i | J | K | L | M | N | O | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total # | Total | IX | | | | Host | Exchange | | | | |
| | | Route | Cable Type/Description | | Facility | Length (ft.) | of Pairs | Investment | Access | DSL DS3 | DSL DS1 | EAS | Remote | Trunk | Exchange | | | |
| | 137 | Onealii- Kalamaula Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 50 Submarine Cable | 22,108 | 5 | 1,351,341 | 270,268 | 1,081,073 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 137 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 22,108 | 5 | 1,351,341 | 270,268 | 1,081,073 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 138 | Kalamaula-Onealii Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 138 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 138 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 138 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 138 | | | | 50 Submarine Cable | 22,100 | 6 | 1,350,852 | 167,963 | 1,125,710 | 0 | 0 | 57,179 | 0 | 0 | | | |
| | 138 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 138 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 22,100 | 6 | 1,350,852 | 167,963 | 1,125,710 | 0 | 0 | 57,179 | 0 | 0 | 0 | 0 | 0 |
| | 139 | Onealii-Sandy Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 139 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 139 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 139 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 139 | | | | 50 Submarine Cable | 293,717 | 6 | 4,530,085 | 563,265 | 3,775,071 | 0 | 0 | 191,749 | 0 | 0 | | | |
| | 139 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 139 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 293,717 | 6 | 4,530,085 | 563,265 | 3,775,071 | 0 | 0 | 191,749 | 0 | 0 | 0 | 0 | 0 |
| | 140 | Sandy-Waimanalo Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 140 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 140 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 140 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 140 | | | | 50 Submarine Cable | 28,946 | 6 | 1,769,311 | 219,994 | 1,474,426 | 0 | 0 | 74,891 | 0 | 0 | | | |
| | 140 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 140 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 28,946 | 6 | 1,769,311 | 219,994 | 1,474,426 | 0 | 0 | 74,891 | 0 | 0 | 0 | 0 | 0 |
| | 141 | Makaha-Nanakuli Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 50 Submarine Cable | 54,282 | 2 | 3,317,962 | 1,658,981 | 1,658,981 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 141 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 54,282 | 2 | 3,317,962 | 1,658,981 | 1,658,981 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 142 | Kekaha-Makaha Paniolo PANIOLO | | | 10 Pole Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 20 Aerial Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 30 Underground Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 40 Buried Cable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 50 Submarine Cable | 643,333 | 2 | 9,922,318 | 4,961,159 | 4,961,159 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 60 Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | 142 | | | | 70 Underground Cond | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | Subtotal | 643,333 | 2 | 9,922,318 | 4,961,159 | 4,961,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SIC0152093



SIC0152094