C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Input

GVNW F-222 Input (2002)   Updated 2012   Yes

## INTEREXCHANGE CABLE & WIRE FACILITY DATA INPUT

Company: **Sandwich Isles Communications, Inc.**   As of **12/31/12**

| DATA LINE | Cable Type /Description | ROUTE & Section | ACCT CODE * | LENGTH (in Feet) | COST PER FT (1) | TOTAL Pairs / Circuits | IX ACCESS | DSL DS3 | DSL DS1 | EAS | H/R | EX. TRK. | EXCHANGE | TOTAL Pairs / Circuits | IX ACCESS | DSL DS3 | DSL DS1 | EAS | H/R | EX. TRK. | EXCHANGE | TOTAL EXCL DSL DS3 | DS3 FOR ALL OTHER | Total DS3s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Circuits/Pairs | | | | | | | | Circuits/Pairs | | | | | | | | | |
| 101 | Own | Laiopua-Pu'ukapu | 20 | 236,544 | 3.1829964 | 2.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2 | 1 | 1 | 1 | - | - | | - | 2 | 1 | 2 |
| 102 | Own | Anahola-Lihui | 20 | 81,741 | 5.3316041 | 3.00 | 0.50 | 2.00 | 0.10 | 0.00 | 0.20 | 0.00 | 0.20 | 10 | 5 | 2 | 1 | - | 2 | | 2 | 10 | 1 | 3 |
| 103 | L | Waimanalo-Honolulu Leased | 40 | 58,080 | 0.9474545 | 1.00 | 0.67 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.00 | 21 | 14 | - | - | 7 | - | | - | 21 | 1 | 1 |
| 104 | S | Laiopua-Honolulu Leased | 40 | 1,019,040 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3 | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 105 | S | Pu'ukapu-Honolulu Leased | 40 | 1,008,480 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3 | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 106 | S | Waiohu-Honolulu Leased | 40 | 533,280 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 107 | S | Hilo-Honolulu Leased | 40 | 1,272,480 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3 | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 108 | S | Anahola-Honolulu Leased | 40 | 591,360 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3 | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 109 | L | Pu'ukapu-Hilo Leased | 40 | 248,160 | 0.9474545 | 2.00 | 0.50 | 1.00 | 0.17 | 0.33 | 0.00 | 0.00 | 0.00 | 6 | 3 | 1 | 1 | 2 | | | | 6 | 1 | 2 |
| 110 | L | Waimanalo-Mililani Leased | 40 | 116,160 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | | | 1 | 1 | 1 | 1 |
| 111 | L | Waimanalo-Papakolea Leased | 40 | 47,520 | 0.9474545 | 2.00 | 0.00 | 1.00 | 0.25 | 0.50 | 0.25 | 0.00 | 0.00 | 4 | - | 1 | 1 | 2 | 1 | | - | 4 | 1 | 2 |
| 112 | Own | Lihue-Kekaha | 20 | 147,932 | 4.5069356 | 3.00 | 0.60 | 2.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 5 | 3 | 2 | - | - | 2 | | - | 5 | 1 | 3 |
| 113 | L | Hilo-Hilo Leased | 40 | 15,840 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2 | | | | 2 | | | | 2 | 1 | 1 |
| 114 | L | Laiopua-Hilo Leased | 40 | 322,080 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.33 | 0.67 | 0.00 | 0.00 | 0.00 | 3 | - | - | 1 | 2 | | | - | 3 | 1 | 1 |
| 115 | | Kalamaula-Waimanalo Leased | 40 | - | - | 0.00 | | 0.00 | | | | | | - | - | - | - | | - | | | - | | |
| 116 | L | Waiohu-Wailuku Leased | 40 | 10,560 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | - | | 1 | 1 | 1 | 1 |
| 117 | L | Anahola-Lihue Leased | 40 | 68,640 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | - | | 1 | 1 | 1 | 1 |
| 118 | S | Kekaha- HNL Leased | 40 | 739,200 | 1.0569502 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3 | 3 | - | - | - | - | - | - | 3 | 1 | 1 |
| 119 | | Waimanalo-Kaupea leased | 40 | | | 0.00 | | 0.00 | | | | | | - | - | - | | - | - | | - | - | | |
| 120 | L | Waimanalo-Kaipolei leased | 40 | 126,720 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | - | - | 1 | 1 | 1 | 1 |
| 121 | L | Waimanalo-Kaloaloa leased | 40 | 132,000 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | | | | | | | 1 | 1 | 1 | 1 |
| 122 | L | Waimanalo-Nanakuli  leased | 40 | 158,400 | 0.9474545 | 3.00 | 0.23 | 2.00 | 0.15 | 0.23 | 0.08 | 0.00 | 0.31 | 26 | 6 | 2 | 4 | 6 | 2 | - | 8 | 26 | 1 | 3 |
| 123 | L | Waimanalo-Oloni  leased | 40 | 95,400 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | - | | - | | 1 | 1 | 1 | 1 |
| 124 | L | Waimanalo-Ka Waihona  leased | 40 | 158,400 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | | | 1 | 1 | 1 | 1 |
| 125 | L | Waimanalo-Pahee  leased | 40 | 174,240 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | | | 1 | 1 | 1 | 1 |
| 126 | L | Waimanalo-Walanae  leased | 40 | 179,520 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | - | | | | 1 | 1 | 1 | 1 |
| 127 | L | Kalamaula-Knkk Leased | 40 | 5,280 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | - | | | 1 | 1 | 1 | 1 |
| 128 | | Waiohu-Puunene Leased | 40 | - | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | - | - | | | | | 1 | 1 | | |
| 129 | L | Hilo- Disc. Harbor etal Leased | 40 | 369,040 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | - | | | | 1 | 1 | 1 | 1 |
| 130 | S | Waiohu-Lanai Leased | 40 | 153,120 | 1.0569502 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2 | - | - | - | 2 | | | - | 2 | 1 | 1 |
| 131 | L | Waiohu-Paukukalo Leased | 40 | 5,280 | 0.9474545 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1 | - | - | | | | | 1 | 1 | 1 | 1 |

2/19/2016

Page 1 of 2

SIC0152095

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222input

**GVNW F-222 Input (2002)**   Updated 2012   Yes

## INTEREXCHANGE CABLE & WIRE FACILITY DATA INPUT

Company: **Sandwich Isles Communications, Inc.**    As of **12/31/12**

INPUT

| DATA LINE | Cable Type /Description | ROUTE & Section | ACCT CODE * | LENGTH (in Feet) | (1) COST PER FT | TOTAL Pairs / Circuits | IX ACCESS | DSL DS3 | DSL DS1 | EAS | H/R | EX. TRK | EXCHANGE | TOTAL Pairs / Circuits | IX ACCESS | DSL DS3 | DSL DS1 | EAS | H/R | EX. TRK | EXCHANGE | TOTAL EXCL DSL DS3 | DS3 FOR ALL OTHER | Total DS3s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | PANIOLO | Puukapu-Kawaihae Paniolo | 50 | 72,874 | 61.1245345 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 133 | PANIOLO | Kawaihae-Makena Paniolo | 50 | 367,451 | 15.4232998 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 134 | PANIOLO | Makena-Puunene Paniolo | 50 | 68,636 | 61.1245345 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 135 | PANIOLO | Puunene-Lolalii Paniolo | 50 | 123,271 | 61.1245345 | 5.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 3 | | | | | - | 1 | 1 | 4 |
| 136 | PANIOLO | Lolalii-Onealii Paniolo | 50 | 140,289 | 15.4232998 | 5.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 3 | | | | | - | 1 | 1 | 4 |
| 137 | PANIOLO | Onealii-Kalamaula Paniolo | 50 | 22,108 | 61.1245345 | 5.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 3 | | | | | - | 1 | 1 | 4 |
| 138 | PANIOLO | Kalamaula-Onealii Paniolo | 50 | 22,100 | 61.1245345 | 6.00 | 0.75 | 5.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 1 | 0.75 | 4 | | | 0.25 | | - | 1 | 1 | 5 |
| 139 | PANIOLO | Onealii-Sandy Paniolo | 50 | 293,717 | 15.4232998 | 6.00 | 0.75 | 5.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 1 | 0.75 | 4 | | | 0.25 | | - | 1 | 1 | 5 |
| 140 | PANIOLO | Sandy-Waimanalo Paniolo | 50 | 28,946 | 61.1245345 | 6.00 | 0.75 | 5.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 1 | 0.75 | 4 | | | 0.25 | | - | 1 | 1 | 5 |
| 141 | PANIOLO | Makaha-Nanakuli Paniolo | 50 | 54,282 | 61.1245345 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 142 | PANIOLO | Kekaha-Makaha Paniolo | 50 | 643,333 | 15.4232998 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 143 | PANIOLO | Kekaha-Kekaha CO Paniolo | 50 | 4,746 | 61.1245345 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 1 | 2 | | | | | - | 1 | 1 | 3 |
| 144 | Own | Waiohu PuuneneOwned | 20 | 50,832 | 3.8700000 | 1.91 | 1.00 | 0.00 | 0.55 | 0.18 | 0.18 | 0.00 | 0.00 | 11 | 1 | 2 | 6 | 2 | 2 | - | - | 11 | 1 | 3 |

2/19/2016

Page 2 of 2

SIC0152096

C:\Users\bob_k\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LDWSTDDA\[506 ENGR FORMS  2012 CS Revised-USAC Example v2.xls]F-222Sum

GVNW F222 Sum
(2002)

## Cable & Wire Facilities
### Sandwich Isles Communications, Inc.
### 2012
### Route & Section Summary

| | Facility | | Total Investment | CAT 3.23 IX Access | CAT 3.22 DSL DS3 | CAT 3.22 DSL DS1 | CAT 2 EAS | CAT 4 Host Remote | CAT 2 Exchange Trunk | CAT 1 Exchange |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 2410.10 | Laipua-Puukapu Conduit | 43,297,559 | 11,104,422 | 22,193,487 | 6,393,921 | 511,284 | 953,735 | 0 | 2,140,710 |
| 20 | 2410.20 | Laipua-Puukapu UG | 2,052,290 | 497,335 | 1,111,650 | 259,042 | 18,735 | 136,686 | 0 | 28,841 |
| 30 | 2410.30 | Underground Cable | 11,167,162 | 0 | 0 | 0 | 0 | 0 | 0 | 11,167,162 |
| 40 | 2410.40 | Other Leases | 7,781,209 | 5,564,932 | 240,123 | 134,636 | 460,615 | 9,476 | 0 | 1,371,427 |
| 50 | 2410.50 | Paniolo Lease | 46,547,608 | 17,084,919 | 29,138,870 | 0 | 0 | 323,819 | 0 | 0 |
| 60 | 2410.60 | Aerial Wire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 70 | 2410.70 | Underground Conduit | 86,441,337 | 0 | 0 | 0 | 0 | 0 | 0 | 86,441,337 |
| | 12/31/12 | End of Period | 197,287,165 | 34,251,607 | 52,684,129 | 6,787,599 | 990,635 | 1,423,717 | 0 | 101,149,477 |
| | 12/31/11 | Beg of Period | 197,366,985 | 41,228,518 | 49,271,421 | 3,110,060 | 2,065,991 | 1,777,069 | 0 | 99,913,925 |
| | STUDY PERIOD AVERAGE (PRIOR TO WB ADJ) | | 197,327,075 | 37,740,063 | 50,977,775 | 4,948,830 | 1,528,313 | 1,600,393 | 0 | 100,531,701 |
| | STUDY PERIOD AVERAGE - WIDEBAND LOOP ADJUSTMENT | | | | | | 355,733 | | | (355,733) |
| | STUDY PERIOD AVERAGE - INCLUDING WB ADJ | | 197,327,075 | 37,740,063 | 50,977,775 | 4,948,830 | 1,884,046 | 1,600,393 | 0 | 100,175,968 |

### WIDEBAND

| | | | | Cat 1 Portion - Allocated by Loops on F-203 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | IS-ER | IS-RA | ST-ER | ST-RA | Data Only |
| 12/31/12 | End of Period | Total Cat 1 | 101,149,477 | | | | | |
| | Wideband loops / Total Loops (F-203) | | 0.005422 | | | | | |
| 12/31/12 | Wideband portion of CAT 1 - for Direct Assign. | | 548,432 | 487,495 | 0 | 0 | 0 | 60,937 |
| 12/31/11 | Wideband portion of CAT 1 - for Direct Assign. | | 163,032 | 163,032 | 0 | 0 | 0 | 0 |
| | STUDY PERIOD AVERAGE - Loop Portion of 2410.20 to DA | | 355,733 | 325,264 | 0 | 0 | 0 | 30,469 |

| | | | | IX Portion - Allocated by Kilometers on F-200WB | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | IS-ER | IS-RA | ST-ER | ST-RA | |
| 12/31/12 | End of Period | IX Wideband | 59,471,728 | 59,471,728 | 0 | 0 | 0 | |
| 12/31/11 | Beg of Period | IX Wideband | 52,381,481 | 52,381,481 | 0 | 0 | 0 | |
| | STUDY PERIOD AVERAGE - IX Portion of 2410.322 to DA | | 55,926,604 | 55,926,604 | 0 | 0 | 0 | |

| | | | |
|---|---|---|---|
| STUDY AVE-TOTAL 2410.20 TO DIRECT ASSIGN | 355,733 | 325,264 | 0 | 0 | 0 | 30,469 |
| STUDY AVE - EAS allocated on Factor 11 | 1,528,313 | | | | | |
| TOTAL 2410.20 | 1,884,046 | | | | | |

Page 112 of 243

2/18/2016

Page 1 of 1

SIC0152097

EXHIBIT B: ROUTE MAPS[23]



[23] These maps were created by SIC and provided to IAD to represent all active interexchange routes on each island as of December 31, 2013. The maps were provided December 8, 2015. Only interexchange routes are noted (no routes between central offices and end users.) The numbers next to each line are "route numbers" – these identifiers were used in the cable and wire cost study reconciliations.

Sandwich Isles Communications, Inc.'s List of Central Offices (as of 12/31/15) and Illustrative Maps of its Interexchange Cable and Wire Facilities (as of 12/31/2012)

**NECA**

Tariff F.C.C. No. 4
Wire Center Report - Effective

2/5/2016
4:47:26 pm
Page 1 of 2

Criteria: ASEC: 3021

| Locality | CLLI | Host Switch | | LRN | WCV | WCH | ASEC | Residing Lata | Effective | |
|---|---|---|---|---|---|---|---|---|---|---|
| NPA/NXX Range Leasing Company/Locality | | Office Type | Serving LATA | Company Presence | | Serving Locality/State NPA/NXX Range | | State Locality | From | Thru Tandem |
| ANAHOLA | ANHLHI01DS0 | | | | 11304 | 15877 | 3021 | 834 | 03/01/2013 | |
| 808/820 0-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| HILO | HILOHI05DS0 | | | | 12128 | 15069 | 3021 | 834 | 03/01/2013 | |
| 808/920 0-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| KALAMAULA | KKAIHI01RS1 | | WMLOHIADDS0 | | 11690 | 15445 | 3021 | 834 | 03/01/2013 | |
| 808/560 0-9999 | | IA IB IC II OE TJ TZ | | | | | | | | |
| KEKAHA | KKHAHISIDS0 | | | | 11317 | 15967 | 3021 | 834 | 03/01/2013 | |
| 808/320 9000-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| * KULA | KULAHISIDS0 | | | | 11816 | 15311 | 3021 | 834 | 03/01/2013 | |
| 808/740 9000-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| LAIOPUA | KLUAHISIDS0 | | | | 12086 | 15267 | 3021 | 834 | 03/01/2013 | |
| 808/355 0-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| NANAKULI | NANAHIAJDS0 | | | | 11557 | 15661 | 3021 | 834 | 03/01/2013 | |
| 808/620 9000-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| 808/628 4000-4999 | | | | | | | | | | |
| PAPAKOLEA | PPKLHI01RS0 | | WMLOHIADDS0 | | 11591 | 15604 | 3021 | 834 | 03/01/2013 | |
| 808/520 2000-2999 | | IA IB IC II OE TJ TZ | | | | | | | | |
| 808/520 8000-8999 | | | | | | | | | | |
| 808/520 9000-9999 | | | | | | | | | | |
| PUUKAPU | PKPUHI01DS0 | | | | 12022 | 15186 | 3021 | 834 | 03/01/2013 | |

Page 134 of 243 © NECA

*Kula became a central office after 2012.

SIC0152119



| | | Tariff F.C.C. No. 4 | | | | | | 2/5/2016 |
|---|---|---|---|---|---|---|---|---|
| | | Wire Center Report - Effective | | | | | | 4:47:26 pm |
| | | | | | | | | Page 2 of 2 |

Criteria: ASEC: 3021

| | | | | | | | | | Effective | |
|---|---|---|---|---|---|---|---|---|---|---|
| Locality | CLLI | Host Switch | | LRN | WCV | WCH | ASEC | Residing Lata | From | Thru |
| NPA/NXX Range Leasing Company/Locality | | Office Type | Serving LATA | Company Presence | | Serving Locality/State NPA/NXX Range | | State Locality | Tandem | |
| 808/890 0-9999 | | DA DD GR HB IA IB IC II OE TJ TZ | | | | | | | | |
| WAIEHU | WAHUHI01DS0 | | | | 11760 | 15339 | 3021 | 834 | 03/01/2013 | |
| 808/760 0-9999 | | DA DD GR HB | | | | | | | | |
| 808/770 0-9999 | | IA IB IC II OE TJ TZ | | | | | | | | |
| WAIMANALO | WMLOHIADDS0 | | | | 11596 | 15574 | 3021 | 834 | 03/01/2013 | |
| 808/426 1000-1999 | | DA DD GR HB | | | | | | | | |
| 808/426 9000-9999 | | IA IB IC II OE TJ TZ | | | | | | | | |

SIC0152120



Page 136 of 243

SIC0152121