





Page 139 of 243

Document Name: K Oahu CoCo 160210

SIC0152124



SIC0152125



## Distribution Route Maps

| Map # | | Island | Location Descriptions (From OSP CPR) | | Start Point | | End Point | | # Subscribers Served by This Location (2012) | # Loops Served by This Location | Please provide listing of Switching Equipment Along This Route (note N/A if no switching equipment along this route) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Name | Function | Name | Function | | | | |
| | | | | | | | | | | | (Switches are show in bold print. DLCs coming off of switches are shown in normal print.) (SIC's initial responses may have caused IAD to misclassify DLCs.) | |
| | Kauai | | | | | | | | | | | |
| 1 | 42 | Kauai | Anahola, Kauai | Wire Center | Anahola | WC | Anahola Subdivisions | End Users | 28 | 61 | **Lucent DRM** | |
| 2 | 43 | Kauai | Hanapepe, Kauai | Distribution | Anahola | WC | Hanapepe | End Users | 8 | 9 | Calix E5 (DLC) | |
| 3 | 44 | Kauai | Kekaha, Kauai | Wire Center | Kekaha | WC | Kekaha Subdivisions | End Users | 24 | 37 | **Metaswitch 2510** | |
| | Oahu | | | | | | | | | | | |
| 4 | 60 | Oahu | Waimanalo, Oahu | Wire Center | Waimanalo | WC | Waimanalo Subdivisions | End Users | 108 | 183 | **Lucent CDX** | |
| 5 | 20 | Oahu | Kumuhao/Kakaina, Oahu | Distribution | Waimanalo | WC | Kumuhao/Kakaina | End Users | 21 | 30 | Passive Optical Cabinet (PON) | |
| 6 | 57 | Oahu | Hart Street (Otani), Oahu | Distribution | Waimanalo | WC | Hart Street | End Users | 5 | 45 | AFC (DLC) | |
| 7 | 35, 36, 17 | Oahu | Papakolea/Papakolea CC/Kalwahine, Hawaii | Wire Center | Papakolea | WC | Papakolea Subdivisions | End Users | 74 | 104 | **Lucent RSM** | |
| 8 | 56 | Oahu | Nanakuli, Oahu | Wire Center | Nanakuli | WC | Nanakuli Subdivisions | End Users | 9 | 91 | **Metaswitch 3510** | |
| 9 | 22 | Oahu | Nanakuli to Ka Waihona, Oahu | Distribution | Nanakuli | WC | Ka Waihona | End Users | 6 | 145 | Calix E7 (DLC) | |
| 10 | 24 | Oahu | Nanakuli to Kili Dr, Oahu | Inter-island | Nanakuli | WC | Paniolo BMH | Submarine fiber | 0 | 0 | Beach Man Hole (BMH) | |
| 11 | 27 | Oahu | Bishop | Distribution | Nanakuli | WC | Bishop St Offices | End Users | 3 | 68 | N/A | |
| 12 | 52 | Oahu | Kalaeloa, Oahu | Distribution | Nanakuli | WC | Kalaeloa | End Users | 22 | 50 | AFC (DLC) | |
| 13 | 19 | Oahu | Koupuni, Oahu | Distribution | Nanakuli | WC | Koupuni | End Users | 9 | 14 | Passive Optical Cabinet (PON) | |
| 14 | 21 | Oahu | Maili, Oahu | Distribution | Nanakuli | WC | Maili | End Users | 12 | 60 | Calix E5 (DLC) | |
| 15 | 58 | Oahu | Paheehee Ridge, Oahu | Distribution | Nanakuli | WC | Paheehee Ridge | End Users | 2 | 2 | AFC (DLC) | |
| | 23, 16, 59 | Oahu | Nanakuli to Waianae/Farrington to Kaneaki/Waianae, Oahu | Distribution | Nanakuli | WC | Waianae | End Users | 18 | 23 | Calix E5 (DLC) | |
| 16 | 26, 53 | Oahu | North to South Road Fiber/Kapolei, Oahu | Distribution | Nanakuli | WC | Kapolei | End Users | 138 | 382 | Calix C7 (DLC) | |
| 17 | 54 | Oahu | Kaupea, Oahu | Distribution | Nanakuli | WC | Kaupea | End Users | 179 | 252 | Passive Optical Cabinet (PON) | |
| 16 | 18 | Oahu | Kanehill, Oahu | Distribution | Nanakuli | WC | Kanehili | End Users | 139 | 189 | Calix C7 (DLC) | |
| 18 | 55 | Oahu | NOC/Mililani, Oahu | Distribution | Nanakuli | WC | Mililani | End Users | 4 | 51 | Calix C7 (DLC) | |
| | Lanai | | | | | | | | | | | |
| 19 | 5 | Lanai | Lanai | Distribution | Waiehu | WC | Lanai | End Users | 15 | 15 | Calix C7 (DLC) | |
| | Molokai | | | | | | | | | | | |
| 20 | 50 | Molokai | Kalamaula, Molokai | Wire Center | Kalamaula | WC | Kalamaula Subdivisions | End Users | 35 | 73 | **Lucent RSM** | |
| 21 | 15,14 | Molokai | Kalamaula to Hoolehua,Hoolehua East, Molokai | Distribution | Kalamaula | WC | Hoolehua East | End Users | 59 | 100 | Calix C7 (DLC) | |
| 22 | 30,51 | Molokai | Hoolehua, Molokai Airport | Distribution | Kalamaula | WC | Molokai Airport | End Users | 43 | 80 | Calix C7 (DLC) | |
| 20 | 41 | Molokai | Kulana OIWI | Distribution | Kalamaula | WC | Kulana Oiwi | End Users | 9 | 42 | Passive Optical Cabinet (PON) | |
| | Maui | | | | | | | | | | | |
| 23 | 7, 49 | Maui | Waiehu/ MW Radio, Maui | Wire Center | Waiehu | WC | Waiehu Subdivisions | End Users | 231 | 321 | **Lucent CDX** | Added route 7 |
| 24 | 10, 48 | Maui | Waiehu to Paukukalo/Paukukalo, Maui | Distribution | Waiehu | WC | Paukukalo | End Users | 6 | 26 | Passive Optical Cabinet (PON) | |
| 25 | 8,47 | Maui | Puuene to Honokowai/Lei Alii, Maui | Distribution | Waiehu | WC | Lei Alii | End Users | 49 | 59 | Calix C7 (DLC) | |
| 26 | 45 | Maui | Kahikinui, Maui | Distribution | Waiehu | WC | Kahikinui | End Users | 13 | 23 | Calix C7 (DLC) | |
| 27 | 9 | Maui | Puuene to Kula, Maui | IXC | Waiehu | WC | Kula | | 0 | 0 | | |
| 28 | 46 | Maui | Kula, Maui | Wire Center | Kula | WC | Kula Subdivisions | End Users | 142 | 199 | **Metaswitch 2510** | |
| 28 | 11,12 | Maui | Waiohuli to Keokea/Waiohuli, Maui | Distribution | Kula | WC | Waiohuli | End Users | 4 | 5 | Passive Optical Cabinet (PON) | |
| 28 | 13 | Maui | Waiohuli/**Hikina**, Maui | Distribution | Kula | WC | Waiohuli/**Hikina** | End Users | 10 | 17 | Passive Optical Cabinet (PON) | |
| 28 | 6 | Maui | Keokea, Maui | Distribution | Kula | WC | Keokea | End Users | 3 | 5 | Passive Optical Cabinet (PON) | |
| | Hawaii | | | | | | | | | | | |
| 29 | 29 | Hawaii | Hilo, Hawaii | Wire Center | Hilo | WC | Hilo Subdivisions | End Users | 10 | 61 | **Lucent 2000** | |
| 29 | 34 | Hawaii | Panaewa, Hawaii | Distribution | Hilo | WC | Panaewa | End Users | 22 | 32 | N/A | |
| 29 | 1, 32, 40 | Hawaii | Hilo Spurs I (Hilo to Keaukaha and Waiakea, Hawaii) | Distribution | Hilo | WC | Waiakea | End Users | 8 | 25 | AFC (DLC), Calix C7 (DLC) | Added route 32 |
| 30 | 2, 31 | Hawaii | Hilo Spurs II (Kaum to Phiho)/Kaumana, Hawaii | Distribution | Hilo | WC | Kaumana | End Users | 22 | 29 | Calix C7 (DLC) | |
| 31 | 3, 37 | Hawaii | Hilo Spurs III (Pliho to Banyan St)/Pihonua, Hawaii | Distribution | Hilo | WC | Pihonua | End Users | 13 | 18 | Calix E5 (DLC) | |
| 32 | 28 | Hawaii | Discovery Harbor, Hawaii | Distribution | Hilo | WC | Discovery Harbor | End Users | 1 | 1 | AFC (DLC) | |
| 33 | 38 | Hawaii | Puukapu, Hawaii | Wire Center | Puukapu | WC | Puukapu Subdivisions | End Users | 30 | 90 | **Lucent CDX** | |
| 33 | 39 | Hawaii | Puukapu East, Hawaii | Distribution | Puukapu | WC | Puukapu East | End Users | 25 | 33 | Lucent AnyMedia (DLC) | |
| 34 | 4 | Hawaii | Lalamilo, Hawaii | Distribution | Puukapu | WC | Lalamilo | End Users | 18 | 21 | Passive Optical Cabinet (PON) | |
| 35 | 33 | Hawaii | Lalopua , Hawaii | Wire Center | Lalopua | WC | Lalopua Subdivisions | End Users | 167 | 237 | **Lucent VCDX** | |
| | | | | | | | | | 1744 | 3508 | | |

SIC0152128



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Kauai PhysRoute 42 Anahola 160216

SIC0152129