

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Kauai PhysRoute 43 Hanapepe 160216

SIC0152130



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Kauai PhysRoute 44 Kekaha 160216

SIC0152131



Sandwich Isles Communications, Inc. Physical Route
Page 147 of 243

Document Name: K Oahu PhysRoute Waimanalo 160219

SIC0152132