

Sandwich Isles Communications, Inc. Physical Route

Page 148 of 243

Document Name: K Oahu PhysRoute Kumuhau 160217

SIC0152133



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Otani 160217

SIC0152134



Sandwich Isles Communications, Inc. Physcial Route

Document Name: K Oahu PhysRoute Kalawahine 160217

SIC0152135