

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Nanakuli 160217

SIC0152136



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute KaWaihona 160217

SIC0152137