

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Leeward 160211

SIC0152138



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Bishop 160217

SIC0152139

Case 1:18-cv-00145-JMS-RT   Document 255-9   Filed 04/30/20   Page 3 of 4   PageID.3890



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Kalaeloa 160217

SIC0152140

Case 1:18-cv-00145-JMS-RT   Document 255-9   Filed 04/30/20   Page 4 of 4   PageID.3891



Sandwich Isles Communications, Inc. Physical Route

Page 156 of 243

Document Name: K Oahu PhysRoute Kapuni 160217

SIC0152141