

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Maili 160217

SIC0152142



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Waianae 160217

SIC0152143