

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute NorthSouthRd 160217

SIC0152144



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Kapolei 160217

SIC0152145



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Oahu PhysRoute Mililani160217

SIC0152146