

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Lanai PhysRoute Lanai 160216

SIC0152147



Sandwich Isles Communicaitons, Inc. Physical Route
Page 163 of 243

Document Name: K Molokai PhysRoute Kalamaula 160216

SIC0152148