

**Sandwich Isles Communications, Inc. Physical Route**
Page 164 of 243

Document Name: K Molokai PhysRoute KLMU HLHE 160211

SIC0152149



Sandwich Isles Communications, Inc. Physical Route
Page 165 of 243

Document Name: K Molokai PhysRoute Hoolehua 160216

SIC0152150



Sandwich Isles Communications, Inc. Physical Route

Page 166 of 243

Document Name: K Maui PhysRoute Microwave 160217 rev2

**SIC0152151**