

Sandwich Isles Communications, Inc. Physical Route
Page 167 of 243

Document Name: K Maui PhysRoute Paukukalo 160216

SIC0152152



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Maui PhysRoute Leialii 160216

SIC0152153