

Sandwich Isles Communications, Inc. Physical Route

Page 169 of 243

Document Name: K Maui PhysRoute Kahikinui 160210

SIC0152154



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Maui PhysRoute Puunene 160217

SIC0152155



Sandwich Isles Communications, Inc. Physical Route
Page 171 of 243

Document Name: K Maui PhysRoute Kula 160211

SIC0152156