

Sandwich Isles Communications, Inc. Physical Route
Page 172 of 243

Document Name: K Hawaii PhysRoute Hilo 160216

SIC0152157



Sandwich Isles Communications, Inc. Physical Route
Page 173 of 243

Document Name: K Hawaii PhysRoute Kaumana 160217

SIC0152158



Sandwich Isles Communications, Inc. Physical Route
Page 174 of 243

Document Name: K Hawaii PhysRoute Piihonua 160217

SIC0152159