

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Hawaii PhysRoute Discovery 160217

SIC0152160



Sandwich Isles Communications, Inc. Physical Route
Page 176 of 243

Document Name: K Hawaii PhysRoute Puukapu 160216

**SIC0152161**



Sandwich Isles Communications, Inc. Physical Route

Document Name: K Hawaii PhysRoute Lalamilo 160216

SIC0152162