

Sandwich Isles Communications, Inc. Physical Route

Document Name: K Hawaii PhysRoute Laiopua 160217

SIC0152163

```
                          SANDWICH ISLES                                    Page 01
GVNW                      2004                                              F220
                          COE, IOT and Cable & Wire                         07/08/05
     Summary of Plant in Service      SANDWICH03         SANDWICH04
====================================================================================
CAT                                       2003              2004                   F
NO.    DESCRIPTION                        AMT.              AMT.        AVERAGE    N
====================================================================================

CENTRAL OFFICE EQUIPMENT
1      MANUAL SWITCH                          0                 0              0
2      TANDEM SWITCH                          0                 0              0
3.10   LOCAL SWITCH                   8,655,289         9,144,376      8,899,832
3.20   LOCAL SWITCH EQUAL ACCESS              0                 0              0
       TOTAL SWITCH                   8,655,289         9,144,376      8,899,832
4.11   WIDEBAND EXCH. LN. CT. EQ        223,424           260,648        242,036
4.12   EXCH. TRUNK - CT. EQUIP.         160,598           265,997        213,297
4.13   EXCH. LN. CT. - OTHER          4,137,837         5,304,205      4,721,021
4.21   INTEREXCH. FURN TO OTHERS              0                 0              0
4.22   INTEREXCH. CT. WIDEBAND          355,113         1,141,495        748,304
4.23   INTEREXCH. CT. JOINT           1,105,382         1,588,599      1,346,990
4.24   INTEREXCH. CT. CONN. CO                0                 0              0
4.30   HOST REMOTE MSG. CT.              67,246           163,503        115,375
       TOTAL CIRCUIT EQUIPMENT        6,049,600         8,724,447      7,387,023
9A     24-48 VOLT POWER                       0                 0              0
9B     130 VOLT POWER                         0                 0              0
9C     EMERGENCY POWER                1,261,333         1,335,278      1,298,306
10     COMMON EQUIPMENT               1,315,362         1,388,842      1,352,102
       TOTAL POWER AND COMMON         2,576,695         2,724,120      2,650,408
       TOTAL CO EQUIPMENT            17,281,584        20,592,943     18,937,263

INFORMATION ORIG/TERM EQUIPMENT
1A     OTHER (IOT)                            0                 0              0
1B1    OTHER (IOT) PAYSTA. - LIM              0                 0              0
1B2    OTHER (IOT) PAYSTA. - REG              0                 0              0
2      CPE                                    0                 0              0
       TOTAL IOT                              0                 0              0

CABLE & WIRE FACILITIES
1.0    TOTAL EXCHANGE LINE           58,540,140        90,532,828     74,536,484
2.0    WIDEBAND AND EXCH. TRUNK       2,340,536         2,001,808      2,171,172
3.21   INTEREXCH. FURN. TO OTHER              0                 0              0
3.22   INTEREXCH. - WIDEBAND         26,658,277        28,213,516     27,435,896
3.23   INTEREXCH. - JOINT             9,843,013         8,091,926      8,967,470
4A     HOST/REMOTE WATS CLOSED                0                 0              0
4B     HOST/REMOTE - OTHER            2,364,165         1,882,296      2,123,231
       TOTAL CABLE & WIRE FAC        99,746,131       130,722,374    115,234,253
```

SIC0152199