ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANDWICH ISLES COMMUNI-<br><br>CATIONS, INC., et al.,<br><br>　　　　Defendants. | Civ. No. 18-145 JMS RT |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL, HIS DEPUTIES AND AGENTS:

　　The United States District Court for the District of Hawaii entered judgment against Defendant-Judgment Debtor, Sandwich Isles Communications, Inc. ("Sandwich Isles") on February 18, 2020 for $138,557,635.82. Defendant-Judgment Debtor's Federal employer identification number is xxx-xx-7771, and its current address is 77-808 Kamehameha Highway, Mililani, HI 76789. The outstanding judgment balance, exclusive of accruing post-judgment interest, is $138,557,635.82.

　　YOU ARE HEREBY COMMANDED, under 28 U.S.C. §§ 3203(c)(2)(B)(ii)-(iii), to levy on property in which Sandwich Isles has a substantial nonexempt interest (not to exceed property reasonably equivalent in value to the aggregate amount of the judgment and costs), by entering the real

1

property at 77-808 Kamehameha Highway, Mililani, HI 76789, and posting this writ upon ~~the~~ that real property in an open and obvious manner that is not conspicuous.  Further, the USMS is authorized to use reasonable force, if necessary, to enter the real property at 77-808 Kamehameha Highway, Mililani, HI 76789, to levy this writ by posting it on said property ~~in the name~~ in the name of Sandwich Isles.

This property (from herein "the Property"") includes:

a) the relationships that Sandwich Isles has with its customers and suppliers, and the telecommunications network;

b) equipment titled in the name of Sandwich Isles and not previously transferred to Michael Katzenstein, as chapter 11 trustee of Paniolo Cable Company, LLC, as a result of an execution sale on March 6, 2020, including: buildings functioning as cable landing stations, central offices or a network operations center; other infrastructure facilities, including conduits, manholes, handholes, and towers; and equipment, including copper and fiber optic and telecommunication cables, copper and fiber optic transmission, multiplexing, circuit switching, circuit transport equipment, IP routing and switching equipment, test equipment, power systems, cooling systems, security systems, network management systems, cross connects and cross

connect panels, including of the types, and at the locations more completely described in Attachment A;[1] and

c) all other supporting assets related to those things described in subsections (a) and (b), such as easements, rights of way, and other real property interests, licenses and other rights, vehicles, trailers and tools.

You shall file a copy of the notice of levy in accordance with 28 U.S.C. § 3201 and serve a copy of the writ and notice levy on Sandwich Isles and the person(s) having possession of the property subject to the writ. You shall endorse, in the space provided below, the exact hour and date of receipt of this writ of execution. You shall make a written record of every levy, specify the property on which levy is made, the date on which levy is made, and the USMS costs, expenses, and fees.

YOU ARE FURTHER COMMANDED to await further order from the

---

[1] Attachment A is excerpted from documents numbered SIC0151983-SIC0015228 and produced by Sandwich Isles. The Court has held that by failing to respond timely to the United States' November 20, 2018 United States' First Admissions Request To Sandwich Isles, requests 1868-74, SIC has admitted that these documents do not contain information subject to a non-disclosure agreement between Sandwich Isles and the United States, and that Sandwich Isles does not object to their use in discovery related to this Case, to the unsealed filing of the documents with the Court, or to the introduction into evidence at any hearing or trial in this Case. *See Order Denying Sandwich Isles Communications, Inc.'s Motion For Protective Order*, ECF # 215.

Court regarding the sale of the property if any further action is required by the USMS.

    Signed this _____ day of _____, 2020.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT CLERK
                                                                                 DISTRICT OF HAWAII

| RETURN ||
|---|---|
| DATE RECEIVED | TIME RECEIVED |
| DATE OF LEVY | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE | FEES, COSTS & EXPENSES |
| The writ was received and executed ||
| U.S. MARSHAL | By: DEPUTY U.S. MARSHAL |