ATTACHMENT C

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDWICH ISLES COMMUNI-<br><br>CATIONS, INC., et al.,<br><br>Defendants. | Civ. No. 18-145 JMS RT |

## **RETURN OF POST JUDGMENT EXECUTION**

I, the undersigned United States Marshal, hereby certify that by virtue of the attached Writ of Execution, I levied upon all of the right, title and interest of the judgment debtor in and to the following-described real and personal property in accordance with 28 U.S.C. § 3203 and other applicable law. All property (the "Property") currently titled in the name of Sandwich Isles Communications, Inc. ("Sandwich Isles") includes:

a) the relationships that Sandwich Isles has with its customers and suppliers, and the telecommunications network;

b) equipment titled in the name of Sandwich Isles and not previously transferred to Michael Katzenstein, as chapter 11 trustee of Paniolo Cable Company, LLC, as a result of an execution sale on March 6, 2020,

1

including: buildings functioning as cable landing stations, central offices or a network operations center; other infrastructure facilities, including conduits, manholes, handholes, and towers; and equipment, including copper and fiber optic and telecommunication cables, copper and fiber optic transmission, multiplexing, circuit switching, circuit transport equipment, IP routing and switching equipment, test equipment, power systems, cooling systems, security systems, network management systems, cross connects and cross connect panels, including of the types, and at the locations more completely described on Attachment A; and

c) all other supporting assets related to those things described in subsections (a) and (b), such as easements, rights of way, and other real property interests, licenses and other rights, vehicles, trailers and tools.

I further certify that my fees and expenses amounted to the sum of $_____.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

DATE:

_____
United States Marshal
District of Hawaii