RUTH A. HARVEY
KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　v.<br><br>SANDWICH ISLES COMMUNI-<br>CATIONS, INC., et al.,<br>　　　Defendants. | Civ. No. 18-145 JMS-RT |

### STIPULATION OF TRIAL PROCEDURES

Plaintiff the United States, on behalf of the Rural Utilities Service of the United States Department of Agriculture, and Defendants Sandwich Isles Communications Inc. ("Sandwich Isles"), and Albert S.N. Hee, hereby stipulate to the following procedures during trial between the United States and Mr. Hee, set to begin on October 13, 2022.

1.      All witnesses should be allowed (but not required) to submit their direct testimony by declaration, subject to live cross examination by opposing parties.

2.      The parties may identify excerpts of any deposition taken in this case at any point prior to the close of that party's case-in-chief.  The opposing party may counter-designate additional excerpts of any deposition taken in this case at any point prior to closing arguments, as set forth in paragraph 6 below.  The parties' right to object to the deposition testimony is reserved and objections will be considered by the Court.

3.      The parties agree that all exhibits previously disclosed can be admitted to evidence by consent, if offered, with the condition that any exhibit not disclosed by September 13, 2022, may only be used for impeachment or rebuttal.  Expert Reports are stipulated into evidence only under the condition that the expert be available for live cross examination.

4.      All parties stipulate that Count II is bifurcated, and that all deadlines that have already expired remain expired.

5.      The United States will not object to counsel for Sandwich Isles sitting at

counsel table at trial, but may object to Sandwich Isles' counsel acting as Mr. Hee's attorney rather than as Sandwich Isles' attorney.

6.     Unless the Court orders otherwise, closing arguments shall take place two days after the close of evidence.  Prior to the start closing arguments, each party shall identify and move into evidence each deposition excerpt and exhibit identified pursuant to paragraphs 2 and 3 above.  All exhibits and deposition testimony not admitted to evidence by the start of closing arguments will be deemed withdrawn.

7.     Unless the Court orders otherwise, fourteen days after closing arguments the parties shall submit to the Court revised Findings of Fact and Conclusions of Law.

Date: October 12, 2022

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

RACHEL S. MORIYAMA #3802
Civil Chief, District of Hawaii
Attorney for the United States
Acting under Authority Conferred by
28 U.S.C. § 515

/s/Shane Huang
RUTH A. HARVEY
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA BBO No. 693851)
J. ZACHARY BALASKO
(W. Va. State Bar No. 12954)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

Respectfully submitted,

/s/Lex R. Smith
LEX R. SMITH
MARIA Y. WANG
Kobayashi Sugita & Goda, LLP
999 Bishop Stree, 26th Floor
Honolulu, Hawaii 96813
Tel: 808-535-5700
Fax: 808-535-5799
lrs@ksglaw.com

Attorneys for Sandwich Isles
Communications, Inc.

/s/Albert S.N. Hee
ALBERT S.N. HEE
1155 Akipola Street
Kailua, HI 96734

Pro se

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, October 13, 2022.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States of America v. Sandwich Isles Communications, Inc., et al.*, Civ. No. 18-00145 JMS-RT, Stipulation of Trial Procedures