IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>SANDWICH ISLES COMMUNI-<br>CATIONS, INC., *et al.*,<br>      Defendants. | Civ. No. 18-00145 JMS RT<br><br>ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT

On May 5, 2023, the United States filed an Application for Writ of Garnishment directed to First Insurance Company of Hawaii, LTD ("Garnishee") against certain property of Defendant-Judgment Debtor Sandwich Isles Communications, Inc. ("Sandwich Isles" or "Debtor"), pursuant to 28 U.S.C. § 3205.

The Court agrees with the United States that 28 U.S.C. § 3205 sets forth the general requirements of a writ of garnishment and the procedures once the requirements are satisfied and the court issues a writ of garnishment. In accordance with the requirements under 28 U.S.C. § 3205, the Application states that a judgment in a civil case was entered against the Debtor on February 18, 2020, in the United States District Court, District of Hawaii, in the principal amount of $138,557,635.82. The amount due as of May 1, 2023, is $138,557,635.82. Demand for payment of the

above-stated debt was made upon the Debtor at least 30 days before May 1, 2023, and the Debtor has not paid the amount due. The Application states that the Garnishee holds property in which Sandwich Isles has a substantial nonexempt interest. Accordingly, the Court **GRANTS** the Application for Writ of Garnishment (ECF No. 496), and **IT IS HEREBY ORDERED** that a Writ of Garnishment directed to First Insurance Company of Hawaii, Ltd. issue according to law.

Garnishee shall comply with the Writ of Garnishment and the instructions therein. Debtor shall comply with the Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form. Pursuant to the Writ of Garnishment and the instructions therein, Garnishee must file an Answer to the Writ with ten (10) days of its receipt of the Writ of Garnishment. Pursuant to the Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Debtor may request a hearing within twenty (20) days after receiving the notice and may request that the Court return its property if Debtor believes the property being garnished is exempted.

//

//

//

//

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2023.



_____
Rom A. Trader
United States Magistrate Judge

_____
Civ. No. 18-00145 JMS-RT; *USA v. Sandwich Isles Communications, Inc.*; Order Granting Application for Writ of Garnishment