RUTH A. HARVEY
KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 305-0529
Email: miniard.culpepper@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>SANDWICH ISLES COMMUNI-CATIONS, INC., *et al.*,<br>    Defendants. | Civ. No. 18-145 JMS RT<br><br>UNITED STATES'<br>NOTICE OF SERVICE |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

UNITED STATES' NOTICE OF SERVICE

The United States provides this Notice of Service pursuant to 28 U.S.C. § 3205(c)(3).

1. Counsel for the United States hereby certifies that a true and correct copy of the documents below was served by the U.S. Marshals Service on May 23, 2023, on First Insurance Company of Hawaii, Ltd., *Garnishee* (see Exhibit 1).

    - ECF No. 497 (Order Granting Application for Writ of Garnishment)
    - ECF No. 498 (Writ of Garnishment), 498-1 (Instructions to the Garnishee), 498-2 (Answer of the Garnishee Form)

2. Counsel for the United States hereby certifies that a true and correct copy of the documents below was served electronically by CM/ECF on May 24, 2023, via this Notice of Service, on Sandwich Isles Communications Inc, *Defendant/Judgment Debtor* (see Exhibits 2 and 3).

    - ECF No. 498 (Writ of Garnishment), 498-1 (Instructions to the Garnishee), 498-2 (Answer of the Garnishee Form)
    - ECF No. 499 (Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant-Judgment Debtor), 499-1 (Request for Hearing Form), 499-2 (Notice to Defendant-Judgment Debtor on How to Claim Exemptions), 499-3 (Claim Exemption Form)

3. On May 24, 2023, the United States also provided a courtesy copy of ECF Nos. 497 and 498 via First Class Mail to Big Island Mechanical & Construction, LLC at the address below:

Big Island Mechanical & Construction, LLC
c/o Todd J. Mardon
67-1153 Mamalahoa Highway
Kamuela, HI 96743

Dated: May 24, 2023				Respectfully submitted,

						BRIAN BOYNTON
						Principal Deputy Assistant Attorney General

						RACHEL S. MORIYAMA #3802
						Civil Chief, District of Hawaii
						Attorney for the United States
						Acting under Authority Conferred by 28
						U.S.C. § 515

						/s/ Miniard Culpepper Jr.
						RUTH A. HARVEY
						KIRK T. MANHARDT
						SHANE HUANG
						(Illinois Bar 6317316)
						MINIARD CULPEPPER JR.
						(MA BBO No. 693851)
						J. ZACHARY BALASKO
						(W. Va. State Bar No. 12954)
						Civil Division
						United States Department of Justice
						P.O. Box 875, Ben Franklin Station
						Washington, DC 20044-0875
						Telephone: (202) 305-0529
						Email: miniard.culpepper@usdoj.gov

						Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2023, a copy of the foregoing **UNITED STATES' NOTICE OF SERVICE** was served by the ECF system on all parties who have consented to service in that manner, and by first class U.S. mail on:

First Insurance Company of Hawaii, Ltd.
Claims Department
1100 Ward Avenue
Honolulu, Hawaii, 96813

Albert S.N. Hee
1155 Akipola Street
Kailua, HI 96734
*Pro Se*

/s/ Miniard Culpepper Jr.
MINIARD CULPEPPER JR.