RUTH A. HARVEY
KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 305-0529
Email: miniard.culpepper@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>SANDWICH ISLES COMMUNI-CATIONS, INC., *et al.*,<br>　　　　Defendants. | Civ. No. 18-145 JMS RT<br><br>UNITED STATES' MOTION FOR GARNISHMENT DISPOSITION ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

<u>UNITED STATES' MOTION FOR GARNISHMENT DISPOSITION ORDER</u>

　　The United States moves the Court to enter a garnishment disposition order ("Order") pursuant to 28 U.S.C. § 3205(c)(7). Section 3205(c)(7) states:

> After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's

> nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as is practicable.

28 U.S.C. § 3205(c)(7). On May 5, 2023, the United States filed an Application for Writ of Garnishment directed to First Insurance Company of Hawaii, LTD ("Garnishee") against certain property of Defendant-Judgment Debtor Sandwich Isles Communications, Inc. ("Sandwich Isles" or "Debtor"), pursuant to 28 U.S.C. § 3205. ECF No. 496. On May 17, 2023, the Court granted the United States' application and served the Debtor and Garnishee with the Writ of Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on How to Claim Exemptions, and Claim for Exemption Form. ECF Nos. 497-499.

On May 24, 2023, the United States filed its Notice of Service, pursuant to 28 U.S.C. § 3205(c)(3). ECF No. 500. Garnishee filed and served its Answer to the Writ of Garnishment on May 26, 2023, stating that it has custody, control or possession of $75,000.00 in settlement funds (the "Property") to be paid to Debtor. ECF No. 501. On June 9, 2023, Creditor Tamashiro Sogi & Bonner, A Law Corporation objected to the Garnishee's Answer, which this Court overruled on June 13, 2023. ECF Nos. 502, 503. Debtor has not objected or requested a hearing within the time

allowed by 28 U.S.C. § 3205(c)(5), and no other objections have been made. All prerequisites for the Order pursuant to 28 U.S.C. § 3205 have been satisfied.

Accordingly, the United States moves the Court to enter an order directing the Garnishee to pay the Property to the United States.

Dated: June 20, 2023                    Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

RACHEL S. MORIYAMA #3802
Civil Chief, District of Hawaii
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s/ Miniard Culpepper Jr.
RUTH A. HARVEY
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA BBO No. 693851)
J. ZACHARY BALASKO
(W. Va. State Bar No. 12954)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 305-0529
Email: miniard.culpepper@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2023, a copy of the foregoing **UNITED STATES' MOTION FOR GARNISHMENT DISPOSITION ORDER** was served by the ECF system on all parties who have consented to service in that manner, and by first class U.S. mail on:

First Insurance Company of Hawaii, Ltd.
Claims Department
1100 Ward Avenue
Honolulu, Hawaii, 96813

Albert S.N. Hee
1155 Akipola Street
Kailua, HI 96734
*Pro Se*

                                         /s/ Miniard Culpepper Jr.
                                         MINIARD CULPEPPER JR.