TAMASHIRO SOGI & BONNER
A Law Corporation

ADDISON D. BONNER          9163-0
TREVOR N. TAMASHIRO      9584-0
705 S. King Street, Suite 105
Honolulu, Hawaii  96813
Telephone:    (808) 492-1907
Facsimile:     (808) 356-1581
Email:  adb@tsbhawaii.com
            tnt@tsbhawaii.com

Creditor of and Attorneys for Defendant
SANDWICH ISLES COMMUNICATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>SANDWICH ISLES<br>COMMUNICATIONS, INC., *et al.*,<br>            Defendants. | Civ. No. 18-00145 JMS-RT<br><br>CREDITOR TAMASHIRO SOGI &<br>BONNER, ALC'S **NOTICE OF<br>APPEAL OF GARNISHMENT<br>DISPOSITION ORDER, ENTERED<br>ON JUNE 28, 2023 (Dkt. No. 505)**;<br>EXHIBIT A; REPRESENTATION<br>STATEMENT; SERVICE LIST |
| FIRST INSURANCE COMPANY OF<br>HAWAII, LTD,<br><br>            Garnishee. | |

**CREDITOR TAMASHIRO SOGI & BONNER, ALC'S
NOTICE OF APPEAL OF GARNISHMENT
DISPOSITION ORDER, ENTERED ON JUNE 28, 2023 (Dkt. No. 505)**

Notice is hereby given that Creditor Tamashiro Sogi & Bonner, A Law Corporation appeals to the United States Court of Appeals for the Ninth Circuit from the Garnishment Disposition Order, entered June 28, 2023 [Dkt. No. 505], a copy of which is attached hereto as **Exhibit A**.

DATED:  Honolulu, Hawaii, July 28, 2023.

/s/ Trevor N. Tamashiro
    ADDISON D. BONNER
    TREVOR N. TAMASHIRO

Creditor of & Attorneys for Defendant
SANDWICH ISLES
COMMUNICATIONS, INC.