KIRK T. MANHARDT
SHANE HUANG
J. ZACHARY BALASKO
MINIARD CULPEPPER JR.
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for Plaintiff United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>SANDWICH ISLES COMMUNI-<br>CATIONS, INC., et al.,<br>        Defendants. | Civ. No. 18-145 JMS-RT |

## **STATUS REPORT**

Mediation Conference was held between Plaintiff, the United States, and Defendant Sandwich Isles Communications, Inc. from December 11, 2023 to December 12, 2023, before Magistrate Judge Kevin S.C. Chang. Participating on behalf of the United States were J. Zachary Balasko, Miniard Culpepper Jr., and Ivor Lunking, in person, with Shane Huang and Kirk Manhardt participating by telephone. Participating on behalf of Sandwich Isles Communications, Inc. were Lex Smith and Albert Hee.

Parties have made progress and have agreed to broad procedures and a timeline for conducting an execution sale. Parties have agreed to a tentative timeline for marketing, diligence, and bidding, and sale of the assets to be sold, and anticipate that the United States will file a motion to establish sales procedures by February 29, 2024. Parties will continue to discuss and negotiate details as additional issues arise. The Parties have agreed to conduct a status conference in mid-January 2024 with Judge Chang to report the status of ongoing discussions between the parties and with potential purchasers.

Date: December 18, 2023

Respectfully submitted,
BRIAN BOYNTON
Principal Deputy Assistant Attorney General

RACHEL S. MORIYAMA #3802
Civil Chief, District of Hawaii
Attorney for the United States
Acting under Authority Conferred by 28
U.S.C. § 515

/s/Shane Huang
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA BBO No. 693851)
J. ZACHARY BALASKO
(W. Va. State Bar No. 12954)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States