# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00145-JMS-RT |
| CASE NAME: | United States of America v. Sandwich Isles Communications, Inc. |
| ATTYS FOR PLA: | *Miniard Culpepper, Jr.<br>Shane Huang |
| ATTY FOR DEFT: | *Lex R. Smith |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | Zoom |
| DATE: | 03/01/2024 | TIME: | 10:00 am - 10:09 am |

COURT ACTION:  EP:   Further Status Conference conducted by video conference held.

Discussion held.  Parties updated the Court.

Plaintiff will continue to have discussions with stalking horse bidder, and be prepared to update the Court in 2 weeks.  The Court directed Plaintiff to start non-numerical discussion with Defendant.

Further Status Conference is set for 03/15/2024 at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang.  This status conference will be conducted by video conference.  Courtroom manager to provide connection information.

Submitted by: Renee L.F. Honda, Courtroom Manager