# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00145-JMS-RT |
| CASE NAME: | United States of America v. Sandwich Isles Communications, Inc. et al |
| ATTYS FOR PLA: | John Zachary Balasko<br>Miniard Culpepper Jr<br>Shane Huang |
| ATTY and REPRESENTATION FOR DEFT: | Lex R. Smith<br>Albert S.N. Hee, Pro Se |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | Video TeleConference (VTC) |
| DATE: | 03/15/2024 | TIME: | 9:53 - 11:13 |

COURT ACTION: EP:   FURTHER STATUS CONFERENCE held via telephone.

Discussion held regarding stalking horse, the execution sale process, next steps and options.

Stalking horse sets the terms for all competing bidder and provides a fair evaluation of fair market value.

Court taking judicial notice and having considered the comments of counsel and the party, the Court sets a March 29, 2024 for the Government to file a Motion for Auction or Sale.. The deadline should allow the Government to time to prepare the motion, confer with Mr. Smith on possible terms and conditions on auction or sale and also to allow last opportunities to determine whether or not there is or will be a stalking horse.

If parties are working negotiation or productively, the parties may request for an extension.

Once the Motion for Auction or Sale is filed, a further status conference to be set before Magistrate Judge Kevin S.C. Chang.

*Submitted by: Bernie Aurio, Courtroom Manager*