# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00145-JMS-RT |
| CASE NAME: | United States of America vs. Sandwich Isles Communications, Inc., et al. |
| ATTY FOR PLA: | Shane Huang<br>Miniard Culpepper<br>John Zachary Balasko |
| ATTY FOR DEFT: | Lex R. Smith<br>Albert S.N. Hee *(pro se)* |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | ZOOM-No Record |
| DATE: | 04/10/2024 | TIME: | 1:25 PM-2:35 PM |

COURT ACTION: EP:  Mediation session conducted by video conference.

Discussion held.

Mr. Smith and Mr. Hee will confer. Thereafter, Mr. Smith to communicate with Government counsel regarding status and progress, if any.

Mr. Smith to originate a telephone conference with counsel and the Court for the morning of either Friday, April 12, 2024 or Monday, April 15, 2024 regarding the filing of a motion regarding auction procedures and the deadline for filing of the motion, if any.

*Submitted by: Jocelyn Orosz, Courtroom Manager*