KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>         Plaintiff,<br><br>    v.<br><br>**SANDWICH ISLES COMMUNI-CATIONS, INC.,** *et al.*,<br>         Defendants. | **Civ. No. 18-145 JMS RT** |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION**
**FOR ORDER APPROVING EXECUTION SALE PROCEDURES**

Plaintiff the United States of America respectfully moves this Court (the "Motion") for entry of an Order Approving Execution Sale Procedures. The Motion is supported by the Declaration of Counsel attached hereto.

**The Motion is not opposed by Defendant Sandwich Isles Communications, Inc.**

[Signature Page Follows]

1

Date: April 19, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

RACHEL S. MORIYAMA #3802
Civil Chief, District of Hawaii
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

*/s/ Shane Huang*
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA Bar No. 693851)
J. ZACHARY BALASKO
(W. Va. State Bar No. 12954)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States