**FILED**

MAY 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, USA on behalf of RURAL UTILITIES SERVICE ("RUS"), an agency of the Department of Agriculture on behalf of Rural Utilities Service,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>TAMASHIRO SOGI & BONNER, ALC,<br><br>        Creditor-Appellant,<br><br> v.<br><br>SANDWICH ISLES COMMUNICATIONS, INC.; et al.,<br><br>        Defendants,<br><br> and<br><br>FIRST INSURANCE COMPANY OF HAWAII, LTD., Garnishee,<br><br>        Real-party-in-interest-Appellee. | No. 23-16054<br><br>D.C. No. 1:18-cv-00145-JMS-RT District of Hawaii, Honolulu<br><br>ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and that the decisional process would

2

not be significantly aided by oral argument.  Therefore, this matter is ordered submitted without oral argument on Wednesday, June 12, 2024, in Honolulu, Hawaii.  Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT