KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br><br>SANDWICH ISLES COMMUNI-<br>CATIONS, INC., *et al.*,<br>          Defendants. | Civ. No. 18-145 JMS RT |

**NOTICE OF SUCCESSFUL BID FOLLOWING PUBLIC AUCTION**

The United States respectfully files this Notice of Successful Bid Following Public Auction. A public auction (the "Auction") was held at 12:00 p.m. on May 20, 2024, in accordance with the Order Approving the United States of America's Unopposed Motion for Order Approving Execution Sale Procedures, ECF No. 535.

Attached hereto as Exhibit A is the bid of Hawaiian Telcom, Inc. ("HTI") that was declared as the highest and best bid for the "Acquired Assets" (as defined in the bid) following the Auction held by the United States Marshal.

1

Plaintiff's motion for confirmation of the execution sale consistent with the bid of HTI will be forthcoming.

Date: May 23, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

RACHEL S. MORIYAMA #3802
Civil Chief, District of Hawaii
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

*/s/ Shane Huang*
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA Bar No. 693851)
J. ZACHARY BALASKO
(W. Va. State Bar No. 12954)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States