KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
J. ZACHARY BALASKO
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-7162
Email: john.z.balasko@usdoj.gov

Attorneys for Plaintiff United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>SANDWICH ISLES COMMUNI-<br>CATIONS, INC., et al.,<br>　　　　Defendants. | Civ. No. 18-145 JMS-RT |

### UNITED STATES' MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF J. ZACHARY BALASKO AS COUNSEL

The United States of America, on behalf of the Rural Utilities Service of the United States Department of Agriculture, hereby moves pursuant to Local Rule 83.5(b) for an order permitting J. Zachary Balasko withdraw as counsel in the above-captioned case as of June 14, 2024 because he is resigning from the United States Department of Justice. The name, address, and telephone number of in-house counsel for the federal client agency represented is:

Rural Utilities Service
U.S. Department of Agriculture
c/o L. Harvey Silas, Esq.
Room 4337, South Building
1400 Independence Avenue, SW
Washington, DC 20250-1414
(202) 720-6540


      In this action, Shane Huang and Miniard Culpepper Jr. will continue to represent the United States.


| | |
|---|---|
| Date:  May 29, 2024 | Respectfully submitted, |
| | |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | /s/ J. Zachary Balasko<br>KIRK T. MANHARDT<br>SHANE HUANG<br>MINIARD CULPEPPER JR.<br>J. ZACHARY BALASKO<br>(W. Va. State Bar No. 12954)<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Telephone:  (202) 514-7162<br>Email:  john.z.balasko@usdoj.gov |
| RACHEL S. MORIYAMA   #3802<br>Civil Chief, District of Hawaii<br>Acting under Authority Conferred by<br>28 U.S.C. § 515 | |
| | Attorneys for the United States |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, a true and correct copy of the UNITED STATES' MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF J. ZACHARY BALASKO AS COUNSEL was filed with the Clerk of the Court using the CM/ECF system and so a notice by electronic mail of this motion was sent to all represented parties who have filed an appearance, and was sent:

    Via email to
    L. Harvey Silas of the Rural Utilities Service
    lamont.silas@usda.gov


    Via First Class U.S. Mail to
    Albert S.N. Hee (Pro se)
    1155 Akipola St.
    Kailua, HI 96734


                                   /s/ J. Zachary Balasko