KIRK T. MANHARDT
SHANE HUANG
MINIARD CULPEPPER JR.
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br>　v.<br>**SANDWICH ISLES COMMUNI-CATIONS, INC.,** *et al.*,<br>　　　　**Defendants.** | **Civ. No. 18-145 JMS RT** |

### THE UNITED STATES OF AMERICA'S MOTION FOR ORDER APPROVING CONFIRMATION OF EXECUTION SALE

Plaintiff the United States of America ("United States") respectfully moves this Court (the "Motion") for entry of its proposed Order Approving Confirmation of Execution Sale (the "Order"). This Motion is supported by the United States' Memorandum in Support of the Motion, Declaration of Counsel, and Declaration of Channing Iwamuro, and Exhibits A-C attached hereto. Pursuant to Paragraph 5 of the Court's Order Approving Execution Sale Procedures, ECF No. 535, the Court

1

shall hold a hearing to consider the confirmation of the sale ("Confirmation Hearing"), at which the Court may allow further bidding after good cause shown and, after considering any objections that the sale did not comply with the Court's auction procedures, approve the sale of the property identified in the winning bid to the successful bidder. The United States requests that the Court set the Confirmation Hearing and enter the proposed Order Approving Confirmation of Execution Sale, for the reasons set forth in the Memorandum in Support of the Motion.

[Signature Page Follows]

Date: June 10, 2024                                Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii


*/s/ Shane Huang*
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar No. 6317316)
MINIARD CULPEPPER JR.
(MA Bar No. 693851)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov

Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, a true and correct copy of the foregoing UNITED STATES OF AMERICA'S MOTION FOR ORDER APPROVING CONFIRMATION OF EXECUTION SALE, together with the accompanying memorandum in support, declarations, and exhibits in support thereof, was filed with the Clerk of the Court using the CM/ECF system, which will electronically serve all represented parties who have filed an appearance. In addition, a copy was served via email on:

    Albert S.N. Hee

    Counsel for Hawaiian Telcom, Inc.

                                                  /s/ Shane Huang
                                                  SHANE HUANG