# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**SANDWICH ISLES COMMUNI-**<br>**CATIONS, INC.,** *et al.,*<br>**Defendants.** | **Civ. No. 18-145 JMS RT** |

## DECLARATION OF CHANNING IWAMURO

I, Channing Iwamuro, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Administrative Officer at the United States Marshals Service for the District of Hawaii ("U.S. Marshals Service").

2. I am over the age of eighteen (18) years, I have personal knowledge of the matters stated in this declaration and I am fully competent and qualified to make all statements set forth in this declaration. If called as a witness, I could and would testify to the truth of the matters stated herein.

3. I submit this Declaration in support of the *United States of America's Motion for Order Approving Confirmation of Execution Sale* (the "Motion") in this case.

4. On May 3, 2024, the U.S. Marshals Service posted copies of the Writ of Execution, a Notice of Execution Sale, and the list of personal property assets to be auctioned at the following four (4) conspicuous places in the City & County of

Honolulu, State of Hawaii: U.S. District Court, 300 Ala Moana Boulevard, Honolulu, HI 96850; Circuit Court of the First Circuit, 777 Punchbowl Street, Honolulu, Hawaii 96813; Honolulu City Hall, 530 S. King Street, Honolulu, Hawaii 96813; and the Hawaii State Library, 478 S. King Street, Honolulu, Hawaii 96813, as well as posting at the headquarters of Sandwich Isles Communications, Inc. located at 77-808 Kamehameha Highway, Mililani Hawaii 96789.

5. On May 9, 2024, May 10, 2024, and May 12, 2024, the execution sale of the Property was duly advertised in the Honolulu Star Advertiser, setting forth a description of the Property and the date and time of the execution sale. Exhibit A.

6. On May 13, 2024, Hawaiian Telcom, Inc. ("HTI") submitted a bid to purchase SIC's conduit system and certain entitlements related to the operation of the conduits for $500,000. The U.S. Marshals Service timely received HTI's Good Faith Deposit as required by the Court's Order Approving Execution Sale Procedures ("Sale Procedures Order"), ECF No. 535. A true and correct copy of HTI's bid is attached hereto as Exhibit B.

7. On May 13, 2024, Waimana Enterprises, Inc. (Waimana) submitted a bid to purchase all of SIC's property for $10,000. The U.S. Marshals Service timely received Waimana's Good Faith Deposit as required by the Sale Procedures Order. A true and correct copy of Waimana's bid is attached hereto as Exhibit C.

8. On May 20, 2024, at 12:00pm, William Jessup, the Acting U.S.

Marshal for the District of Hawaii (the "Marshal"), conducted the public execution sale auction (the "Auction") on the steps in front of, and in the lobby of, the United States Courthouse, 300 Ala Moana Boulevard, Honolulu HI 96850, to sell certain personal property of Sandwich Isles subject to the Writ of Execution.

9. There were two qualified bidders that appeared at the auction. There were several other people present.

10. At the Auction, the Marshal opened bidding at $500,000 for Lot 1, the assets bid on by HTI. There were no topping bids for Lot 1, and HTI was selected as the successful bidder for Lot 1.

11. The Marshal then opened bidding at $100,000 for Lot 2, the remaining personal property of Sandwich Isles subject to the Writ of Execution. No qualified bidder, or other bidder, bid on Lot 2 at the Auction. The Marshal then closed the Auction.

12. HTI paid the balance of the purchase price by May 28, 2024, which the U.S. Marshal currently holds.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/6/2024

CHANNING IWAMURO