THURS. 5/9/2024

## FORECLOSURES

NOTICE OF FORECLOSURE PARKWAY COMMUNITY ASSOCIATION v. MARY ANN JAMES, et. al.; 1CC191000872 (Foreclosure); 45-381 Mokulele Dr. A33, Kaneohe, HI 96744; TMK (1) 4-5-103-005 C.P.R. 0033; Fee simple property; Sale subject to first mortgage and prior or superior liens; Townhome: 2-story, 3 bed/2.5 bath, carport 2-car tandem parking; Living area: 1264 sq.ft., covered deck 96 sq. ft.; OPEN HOUSES: Friday, May 3, 2024, 2:00pm-5:00pm; and Saturday, May 11, 2024, 10:00am-1:00pm; AUCTION DATE: Monday, June 3, 2024 at 12:00pm, First Circuit Building (Ka'ahumanu Hale), 777 Punchbowl Street, Honolulu, Hawaii 96813 on the front Lanai. TERMS OF SALE: No upset price. Property sold "as is" condition without any warranty of title or any other warranty at public auction with 10% of highest bid payable in cash, certified or cashier's check at close of auction, balance payable upon delivery of title. Potential bidders must be able to provide proof of ability to comply with 10% of bid requirement prior to participating in the public auction. Buyer shall pay all costs of closing including escrow, conveyance and recordation fee, conveyance taxes and is responsible for securing possession of the property upon recordation, including cost of eviction. SALE SUBJECT TO COURT CONFIRMATION. For further information call: Nicole K. Cummings, Esq. P.O. Box 26056, Honolulu, Hawaii 96825. Phone: 554-8963. E-mail: nkcummings@gmail.com.
(SA1453830  5/02, 5/09, 5/16/24)

## Notices to Creditors

**NOTICE TO CREDITORS OF Franklin David Hoffman, Jr., AKA Franklin D. Hoffman, Jr., F. David Hoffman, Jr., Franklin Hoffman, Jr., Franklin David Hoffman, Franklin D. Hoffman, Franklin Hoffman, F. David Hoffman, and David Hoffman, and/or The F. David Hoffman, Jr. Residential Trust Dated May 12, 2008, As Amended and Restated ("Trust")**

NOTICE IS HEREBY GIVEN that Franklin David Hoffman, Jr., AKA Franklin D. Hoffman, Jr., F. David Hoffman, Jr., Franklin Hoffman, Jr., Franklin David Hoffman, Franklin D. Hoffman, Franklin Hoffman, F. David Hoffman, and David Hoffman, a resident of Honolulu, Hawaii, died on April 2, 2024.

Pursuant to Hawaii Revised Statues § 560:3-801, all creditors of the above-named decedent, estate, and/or Trust must present their claims with proper vouchers or duly authenticated copies thereof, even if the claim is secured by mortgage upon real estate, to: Tirsa Smith and Diana Allen, Estate Administrative Services, LLC, Co-Trustees of the above-named Trust, whose address is 1003 Bishop St., #1720, Honolulu, HI 96813, Ph. No.: (808) 550-0800, within four (4) months from the date of the first publication of this notice or they will be forever barred.

Tirsa Smith and Diana Allen, EAS, Co-Trustees
(SA1452680  4/25, 5/2, 5/9/24)



Region 4 Education Services Center is requesting proposals from qualified and experienced firms to provide Background Screening, Related Products and Services (RFP No.24-07). In order to be considered, the Offeror must complete and submit a proposal to Region 4 ESC in accordance with the solicitation documentation available at www.region4esc.ionwave.net.

PRE-PROPOSAL CONFERENCE: Tuesday, May 21st, 2024, 10:00 am local time via Zoom.
PROPOSAL DUE DATE: June 20th, 2024, BEFORE 2:00 PM LOCAL TIME. CONTACT: Crystal Wallace, CTSBS Procurement and Operations Specialist, (713) 744-8189 or cwallace@esc4.net
(SA1454469  5/9/24)

The Region 4 Education Service Center (ESC), Houston, TX is requesting proposals from qualified and experienced firms to provide Oracle Products and Services (RFP No. 24-02). In order to be considered, the Offeror must complete ion Wave Technologies, Inc. registration and submit a proposal to Region 4 ESC in accordance with the solicitation link https://region4esc.ionwave.net/ this link is also available at www.esc4.net or https://www.omniapartners.com/publicsector/solicitations

VIRTUAL PRE-PROPOSAL CONFERENCE: Thursday, May 9, 2024, 10:00 am CST.

---

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA,
Plaintiff,
v.                                                     Civ. No. 18-145 JMS RT
SANDWICH ISLES COMMUNICATIONS, INC., et al.,
Defendants.

### NOTICE OF EXECUTION SALE

Pursuant to the Writ of Execution, issued on May 1, 2020, in the case of United States v. Sandwich Isles Communications, Inc. et al, Civ. No. 18-00145 JMS-RT (D. Haw.), in the United States District Court for the District of Hawaii, the United States Marshal for the District of Hawaii (the "U.S. Marshal") was directed to levy upon the property of Sandwich Isles Communications, Inc. ("Sandwich Isles"), which it did on May 7, 2020. ECF Nos. 260, 266.

The U.S. Marshal shall conduct a public auction sale at the date and time specified below of certain personal property assets of Sandwich Isles Communications, Inc. (the "Property"). The Property includes:

a) the relationships that Sandwich Isles has with its customers and suppliers, and the telecommunications network;

b) equipment titled in the name of Sandwich Isles and not previously transferred to Michael Katzenstein, as chapter 11 trustee of Paniolo Cable Company, LLC, as a result of an execution sale on March 8, 2020, including: buildings functioning as cable landing stations, central offices or a network operations center; other infrastructure facilities, including conduits, manholes, handholes, and towers; and equipment, including copper and fiber optic and telecommunication cables, copper and fiber optic transmission, multiplexing, circuit switching, circuit transport equipment, IP routing and switching equipment, test equipment, power systems, cooling systems, security systems, network management systems, cross connects and cross connect panels including of the types, and at the locations more completely described in Attachment A; and

c) all other supporting assets related to those things described in subsections (a) and (b), such as easements, rights of way, and other real property interests, licenses and other rights, vehicles, trailers and tools.

For additional information regarding the personal property assets to be sold, including Attachment A identified above, eligibility to bid, or procedures for submitting a bid, please contact counsel for the United States, Shane Huang, U.S. Department of Justice, shane.huang@usdoj.gov, Telephone: (202) 616-0341.

Auction Date:  12:00 p.m., May 20, 2024,
on the steps in front of the United States Courthouse
300 Ala Moana Boulevard
Honolulu, HI 96850

The U.S. Marshal reserves the right to withdraw property from this auction sale and to sell less than all of the interests of Sandwich Isles in such property.

No upset price and no representations or warranties as to title or possession. The Property will be sold "as is" at the public auction sale with the balance of the purchase price payable by certified check to the U.S. Marshal, mailed to the address below, within seven (7) days of the conclusion of the Auction.

U.S. Marshals Service
Attn: AO
300 Ala Moana Blvd., Rm. 2800
Honolulu, HI 96850

Buyer shall pay all costs of closing including escrow, conveyance, and recordation fees, and conveyances taxes. The U.S. Marshal makes no representation or warranty regarding the Property as to title, possession, condition, latent or patent defects, or encumbrances.

Date: May 1, 2024

/s/ William Jessup
U.S. Marshal

(SA1454417  5/9, 5/10, 5/12/24)

---



IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAII

P. No. 1CLP-21-0000147

THE ESTATE OF JUNE L. HASHIMOTO, DECEASED

NOTICE OF HEARING ON PETITION FOR (1) RENEWAL OF LETTERS OF SPECIAL ADMINISTRATION; (2) CONFIRMATION OF SALE OF REAL PROPERTY AND (3) APPROVAL OF STEVEN K. HASHIMOTO CARE TRUST

Notice is hereby given that on Thursday, May 30, 2024, at 9:00 a.m., before the presiding Judge in Probate in the First Circuit Courtroom, Kaahumanu Hale, 777 Punchbowl Street, Honolulu, Hawai'i, 96813, confirmation of sale of the following real property will be sought:

Fee simple, 3 bedroom/1 bath main dwelling located at 45-532 Mahinui Road, Honolulu, Hawaii 96744; TMK No. (1) 4-5-097-041.

EXHIBIT A

## Left column (partial, cut off at left edge)

..., DECEASED. Notice is hereby given ...ALTERS, whose address is c/o ... 3604 Waialae Ave., Honolulu, HI ..., a petition alleging the intestacy of ...nd requesting his appointment as ...ntative of said estate. Thursday, June ... a.m. before the presiding Judge in ...umanu Hale, 777 Punchbowl Street, ...13 is the appointed time and place ...etition and all interested persons. All ...above-named estate are hereby ...t their claims with proper vouchers or ...i copies thereof, even if the claim is ...age upon real estate, to said nominee ...own above within four months from ...rst publication of this notice, or they ...rred.   DATED: Honolulu, HI, Apr. 30,

...NG, ESQ.
...ner - Tel: (808) 732-7788
...5/10, 5/17/24)

**...RCUIT COURT NOTICE AND
...OTICE TO CREDITORS
...000081**

...ONALD MUNEO KIDA, aka Donald M.

...ument purporting to be the Last Will ...the above-named decedent, together ...praying for probate thereof and ...es to JOY KIDA, whose address is c/o ...ary Y. Shigemura,745 Fort Street, ...u, HI 96813.
...e 13, 2024, at 9:00 a.m. before ...t Kaahumanu Hale, 777 Punchbowl ...l 96813, is appointed the time and ...g said petition and all interested

...f the above-named estate are hereby ...t their claims with proper vouchers or ...l copies thereof, even if the claim is ...ortgage upon real estate, to said ...address shown above within four ...date of the first publication of this ...be forever barred.
...ulu, Hawaii, APR 22 2024.
...SO
...erk of the Above-Entitled Court
...ARY Y. SHIGEMURA
...Esq.
...lte 700
...6813
...11
...5/3, 5/10/24)

**OTICE TO CREDITORS**

..., individually and as Trustee of the ...I. WEST Living Trust dated ...2004, as amended, Deceased.

...decedent died on February 1, 2024, ...above-named decedent and/or her ...otified to present their claims with ...r duly authenticated copies thereof, ...is secured by a mortgage upon real ...GYOTOKU, successor Trustee of the ...ving Trust dated November 4, 2004, ...Dean M. Park, Esq., 1585 Kapiolani ...onolulu, Hawaii 96814, within four ...date of the first publication of this ...be forever barred.
...10, 5/17, 5/24/24)



**TO MOTORISTS**
...rstate Route H-1
...aduct and Waimalu Viaduct (Oahu)
...Project No. NH-H1-1(285)

...inity of Pearl City Viaduct and Waimalu Viaduct starting May 14, 2024.
...s, installation of pavement markings, hybrid polymer concrete
...airs; installation and monitoring of temporary best management

...88

...to 4:30am nightly
...8:00am nightly; excluding Holidays.

...control signs, devices, and special duty officers while driving by the ...cted.

## Middle-left column

If any interested person has objection to the informal probate, the person may file a petition for ... desires further notice concerning the estate, including notice concerning the closing and distribution of the estate, the person must file a Demand for Notice pursuant to HRS Section 560:3-204.

All creditors of the above-named estate are hereby notified to present their claims with proper vouchers or duly authenticated copies thereof, even if the claim is secured by mortgage upon real estate, to said nominee, at the address shown above, within four (4) months from the date of the first publication of this notice or they will be forever barred.
DATED: Honolulu, Hawai'i, APR 19 2024.

R. CAMPOS
Clerk of the above-entitled Court

BRONSTER FUJICHAKU ROBBINS
Margery S. Bronster and Catherine L. Aubuchon
Attorneys for Personal Representative
Laura Rose Alphons
(SA1453760   5/3, 5/10/24)

**FIRST CIRCUIT COURT NOTICE AND
NOTICE TO CREDITORS**

P. NO. 1CLP-24-0000302

ESTATE OF ROY YOSHIMASA NAKAMURA, JR., Deceased

FILED, a Petition for Adjudication of Intestacy and Appointment of Personal Representative thereof and issuance of Letters to Personal Representative Cynthia Yoshie Hermosura, whose address respectively is 94-520 Ohepio Place, Waipahu, Hawai'i 96797.

Thursday, June 13, 2024, at 9:00 a.m., before the presiding Judge in Probate at Ka'ahumanu Hale, 777 Punchbowl Street, Honolulu, Hawaii, 96813, is the appointed date, time and place for hearing aid petition and interested persons.

All creditors of the above-named estate are hereby notified to present their claims with proper vouchers or duly authenticated copies thereof, even if the claim is secured by a mortgage upon real estate, to said nominee at the address shown above within four months from the date of the first publication of this notice or they will be forever barred.
DATED: Honolulu, Hawaii, APR 25 2024.

R. CAMPOS
Clerk of the above-entitled Court

RICHARD SAKODA
Attorney for Petitioner
(SA1453709   5/3, 5/10/24)

**Public Notice**

Dish Wireless LLC is proposing to install new wireless antennas on a building at 1060 Kilani Ave, Wahiawa, Honolulu Co., HI 96786. The new facility will consist of collocating antennas at an approximate top height of 87.5ft above ground level on the 88.2-ft building. Any interested party wishing to submit comments regarding the potential effects the proposed facility may have on any historic property may do so by sending comments to: Project 011300-PR-MAB, EBI Consulting, 21 B Street, Burlington, MA 01803, or at 617.909.9035.
(SA1454518   5/10/24)

Court Notices   Court Notices   Court Notices

**UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

UNITED STATES OF AMERICA,
Plaintiff,
v.   Civ. No. 18-145 JMS RT
SANDWICH ISLES COMMUNICATIONS, INC., et al.,
Defendants.

### NOTICE OF EXECUTION SALE

Pursuant to the Writ of Execution, issued on May 1, 2020, in the case of *United States v. Sandwich Isles Communications, Inc. et al.* Civ. No. 18-00145 JMS-RT (D. Haw.), in the United States District Court for the District of Hawaii, the United States Marshal for the District of Hawaii (the "U.S. Marshal") was directed to levy upon the property of Sandwich Isles Communications, Inc. ("Sandwich Isles"), which it did on May 7, 2020. ECF Nos. 260, 268.

The U.S. Marshal shall conduct a public auction sale at the date and time specified below of certain personal property assets of Sandwich Isles Communications, Inc. (the "Property"). The Property includes:

a) the relationships that Sandwich Isles has with its customers and suppliers, and the telecommunications network;

b) equipment titled in the name of Sandwich Isles and not previously transferred to Michael Katzenstein, as chapter 11 trustee of Paniolo Cable Company, LLC, as a result of an execution sale on March 6, 2020, including: buildings functioning as cable landing stations, central offices or a network operations center; other infrastructure facilities, including conduits, manholes, handholes, and towers; and equipment, including copper and fiber optic and telecommunication cables, copper and fiber optic transmission, multiplexing, circuit switching, circuit transport equipment, IP routing and switching equipment, test equipment, power systems, cooling systems, security systems, network management systems, cross connects and cross connect panels including of the types, and at the locations more completely described in Attachment A; and

c) all other supporting assets related to those things described in subsections (a) and (b), such as easements, rights of way, and other real property interests, licenses and other rights, vehicles, trailers and tools.

For additional information regarding the personal property assets to be sold, including Attachment A identified above, eligibility to bid, or procedures for submitting a bid, please contact counsel for the United States, Shane Huang, U.S. Department of Justice, shane.huang@usdoj.gov, Telephone: (202) 616-0341.

Auction Date:   12:00 p.m., May 20, 2024,
on the steps in front of the United States Courthouse
300 Ala Moana Boulevard
Honolulu, HI 96850

The U.S. Marshal reserves the right to withdraw property from this auction sale and to sell less than all of the interests of Sandwich Isles in such property.

No upset price and no representations or warranties as to title or possession. The Property will be sold "as is" at the public auction sale with the balance of the purchase price payable by certified check to the U.S. Marshal, mailed to the address below, within seven (7) days of the conclusion of the Auction.

U.S. Marshals Service
Attn: AO
300 Ala Moana Blvd., Rm. 2800
Honolulu, HI 96850

Buyer shall pay all costs of closing including escrow, conveyance, and recordation fees, and conveyances taxes. The U.S. Marshal makes no representation or warranty regarding the Property as to title, possession, condition, latent or patent defects, or encumbrances.

Date: May 1, 2024

/s/ William Jessup
U.S. Marshal

(SA1454417   5/9, 5/10, 5/12/24)



### NOTICE OF PUBLIC HEARING

NOTICE IS HEREBY GIVEN that the Department of Enterprise Services of the City and County of Honolulu, pursuant to the provisions of Chapter 91, Hawaii Revised Statutes, as amended, will hold a public hearing to consider the adoption of new rules of the Department of Enterprise Services of the City and County of Honolulu.

The Department of Enterprise Services proposes to adopt Title 12, Department of Enterprise Services, Subtitle 4 Concessions, Chapter 1 Award of Revocable Permits for Nonprofit Beachboy Concession ("proposed rules"). The proposed rules are summarized as follows:

Title 12, Subtitle 4, Chapter 1 establishes rules for awarding a Revocable Permit to operate a Nonprofit Beachboy Concession. It outlines definitions for terms like "Nonprofit Beachboy Concession," "Nonprofit Beachboy Association," and "Revocable Permit." The award process involves selecting

...has been completed.

...Daniel & Regina Dailey
Owner(s)
(SA1451358   5/3, 5/10/24)

**OWNER'S NOTICE OF COMPLETION OF CONTRACT**

NOTICE IS HEREBY GIVEN that pursuant to the Provisions of Section 507-43, of the Hawaii Revised Statutes, the construction by Tengda Builders LLC of that certain New Residential House situated at 701 Neal Ave, Wahiawa, Hawaii 96786, TMK: 7-4-002:005, has been completed.

Jennifer Cheung and Victor Cheung Owner(s)
(SA1454491   5/10, 5/17/24)

**OWNER'S NOTICE OF COMPLETION OF CONTRACT**

NOTICE IS HEREBY GIVEN that pursuant to the Provisions of Section 507-43, of the Hawaii Revised Statutes, the construction by ALLIED BUILDERS SYSTEM of that certain interior remodel of existing veterinary hospital situated at 45-608 Kamehameha Hwy, Kaneohe, Hawaii, TMK: 4-5-039-025, has been completed.

VCA Animal Hospital, Inc. Owner(s)
(SA1454554   5/10, 5/17/24)

**Completion of Contract**

**OWNER'S NOTICE OF COMPLETION OF CONTRACT**

NOTICE IS HEREBY GIVEN that pursuant to the Provisions of Section 507-43, of the Hawaii Revised Statutes, the construction by ALLIED BUILDERS SYSTEM of that certain Tenant Improvement for new bank branch. A scope within an existing building podium of the A'ali'i Tower situated at 987 Queen Street Unit N108, Honolulu, Hawaii, TMK: 2-3-002-107, has been completed.

HawaiiUSA Federal Credit Union Owner(s)
(SA1454558   5/10, 5/17/24)

**OWNER'S NOTICE OF COMPLETION OF CONTRACT**

NOTICE IS HEREBY GIVEN that pursuant to the Provisions of Section 507-43, of the Hawaii Revised Statutes, the construction by ALLIED BUILDERS SYSTEM of that certain interior only tenant improvement to convert an existing hotel room into a back of house pantry space to allow light food prep. situated at 2040 Kuhio Avenue, Honolulu, Hawaii, TMK:

SUN. 5/12/24

# Court Notices

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                    Civ. No. 18-145 JMS RT

SANDWICH ISLES COMMUNICATIONS, INC., et al.,
  Defendants.

## NOTICE OF EXECUTION SALE

Pursuant to the Writ of Execution, issued on May 1, 2020, in the case of *United States v. Sandwich Isles Communications, Inc. et al*, Civ. No. 18-00145 JMS-RT (D. Haw.), in the United States District Court for the District of Hawaii, the United States Marshal for the District of Hawaii (the "U.S. Marshal") was directed to levy upon the property of Sandwich Isles Communications, Inc. ("Sandwich Isles"), which it did on May 7, 2020. ECF Nos. 260, 268.

The U.S. Marshal shall conduct a public auction sale at the date and time specified below of certain personal property assets of Sandwich Isles Communications, Inc. (the "Property"). The Property includes:

a) the relationships that Sandwich Isles has with its customers and suppliers, and the telecommunications network;

b) equipment titled in the name of Sandwich Isles and not previously transferred to Michael Katzenstein, as chapter 11 trustee of Paniolo Cable Company, LLC, as a result of an execution sale on March 6, 2020, including: buildings functioning as cable landing stations, central offices or a network operations center; other infrastructure facilities, including conduits, manholes, handholes, and towers; and equipment, including copper and fiber optic and telecommunication cables, copper and fiber optic transmission, multiplexing, circuit switching, circuit transport equipment, IP routing and switching equipment, test equipment, power systems, cooling systems, security systems, network management systems, cross connects and cross connect panels including of the types, and at the locations more completely described in Attachment A; and

c) all other supporting assets related to those things described in subsections (a) and (b), such as easements, rights of way, and other real property interests, licenses and other rights, vehicles, trailers and tools.

For additional information regarding the personal property assets to be sold, including Attachment A identified above, eligibility to bid, or procedures for submitting a bid, please contact counsel for the United States, Shane Huang, U.S. Department of Justice, shane.huang@usdoj.gov, Telephone: (202) 616-0341.

Auction Date: 12:00 p.m., May 20, 2024,
on the steps in front of the United States Courthouse
300 Ala Moana Boulevard
Honolulu, HI 96850

The U.S. Marshal reserves the right to withdraw property from this auction sale and to sell less than all of the interests of Sandwich Isles in such property.

No upset price and no representations or warranties as to title or possession. The Property will be sold "as is" at the public auction sale with the balance of the purchase price payable by certified check to the U.S. Marshal, mailed to the address below, within seven (7) days of the conclusion of the Auction.

U.S. Marshals Service
Attn: AO
300 Ala Moana Blvd., Rm. 2800
Honolulu, HI 96850

Buyer shall pay all costs of closing including escrow, conveyance, and recordation fees, and conveyances taxes. The U.S. Marshal makes no representation or warranty regarding the Property as to title, possession, condition, latent or patent defects, or encumbrances.

Date: May 1, 2024

/s/ William Jessup
U.S. Marshal

(SA1454417    5/9, 5/10, 5/12/24)