| | |
|---|---|
| **From:** | alhee@waimana.com |
| **To:** | Huang, Shane (CIV); Iwamuro, Channing (USMS) |
| **Subject:** | [EXTERNAL] Auction |
| **Date:** | Monday, May 13, 2024 9:33:21 PM |
| **Attachments:** | DOC051024.pdf |

USA and US Marshal District of Hawaii;

In accordance with the July 26, 2024 US District Court Order, Waimana Enterprises, Inc. submits a bid for the property to be auctioned on May 20, 2024.  The Confidentiality Agreement is attached.

i. The bid is for all of the Property.

ii. The bidder is Waimana Enterprises, Inc.
   c/o  Wendy Hee, President
   P.O. Box 893128
   Mililani, HI  96789
   808-599-4441
   wendyh@waimana.com

iii. The amount bid is $10,000.  The total amount has been submitted to the US Marshal via certified mail
   U.S. Marshals Service Atten: AO
   300 Ala Moana Blvd. Room 2800
   Honolulu, HI  96850

iv. The bid is irrevocable unless and until Plaintiff accepts another bid and Waimana is not selected as a Backup Bid

v. The bid is not subject to any contingencies or conditions

vi. Waimana agrees to serve as a Backup Bid if the bid is the highest and best bid after the Successful Bid

vii. A cashier's check payable to the US Marshall has been submitted via certified mail.

viii. N/A

ix. Waimana proposes to use the Property to benefit residents of Hawaiian Home Lands in accordance with applicable law.  Waimana has contractual access to all of the equipment currently being used to provide service.  Waimana is therefore capable of providing continuity of service in accordance with Sandwich Isles Communications, Inc.'s License from the date the court confirms the purchase.

This message is the property of Waimana Enterprises Incorporated and any attachments are confidential to the intended recipient at the e-mail address to which it has been addressed. If you are not the intended recipient, you may not copy, forward, disclose or use any part of this message or its attachments. If you received this transmission in error please notify the sender immediately by e-mail or contact Waimana Enterprises Incorporated at 808-599-4441 and then delete this message from your system.

EXHIBIT C