```
 1                 PUBLIC UTILITIES COMMISSION
 2                      STATE OF HAWAII
 3
 4
 5              TRANSCRIPT OF AUDIO RECORDING
 6          HEARING ON ORDER TO SHOW CAUSE AGAINST
 7             SANDWICH ISLES COMMUNICATIONS, INC.
 8                      June 17, 2024
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   TRANSCRIBED BY:   MARY ANNE YOUNG, RPR, CSR No. 369
```

1   when Native Hawaiians living on Hawaiian Homelands did
2   not have basic telephone service and no one would help
3   them.
4          This time, all of the government actors are
5   allowing HA-Tel to purchase parts of SIC assets without
6   the obligation of serving any Native Hawaiians.  The
7   alternative is confirming Waimana's bid, which includes
8   the obligation to continue to serve SIC's customers.
9          Acceptance of Hawaiian Tel's bid doomed the
10  most vulnerable of SIC's customers to no service.  Those
11  customers living in or near urban areas have choices.
12  SIC has been trying to get the FCC and DHHL to address
13  this issue for years.  Both have remained silent knowing
14  without a solution, those vulnerable homesteaders, who
15  have no options, after a few years will come to once
16  again accept their fate and stop complaining.  DHHL and
17  the FCC would just wait them out.
18          Waimana was forced to choose between, one,
19  continuing to fund SIC until Waimana also ran out of
20  money so that SIC could continue to serve, bid for SIC's
21  assets and continue service by enforcing the regulations
22  that it now had -- once it now had clear title or,
23  three, turn the responsibility to provide service back
24  over to DHHL and the FCC to solve and use -- and solve
25  -- turn the responsibility back to DHHL and the FCC to

REPORTER'S CERTIFICATE

I, MaryAnne Young, CSR No. 369, Certified Shorthand Reporter, certify:

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of Hawaii that the foregoing is true and correct.

Dated this 21st day of June, 2024.

_____
MARY ANNE YOUNG, CSR No. 369

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii     (808) 524-2090