MEHEULA LAW, LLLC
A Limited Liability Law Company

WILLIAM MEHEULA          2277-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.:  (808) 599-9554
Facsimile No.:  (808) 599-9610
Email: bill@meheulalaw.com

Attorney for Defendant
WAIMANA ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | Civil No. 1:18-cv-00145-JMS-RT |
|---|---|
| Plaintiff, | DECLARATION OF ALBERT HEE |
| v. | |
| SANDWICH ISLES COMMUNICATIONS, INC., *et al*., | |
| Defendants. | |

DECLARATION OF ALBERT HEE

I, ALBERT HEE, declare:

1. I have assumed the position of President, Vice President, Secretary, and Treasure of Sandwich Isles Communications, Inc. ("**SIC**").

2. That attached hereto as **Exhibit A**, is a true and correct copy of License 372.

3. That attached hereto as **Exhibit B**, is a true and correct copy of Declarant's email dated May 15, 2024, addressed to Shane Huang, Esq. with respect to my concerns of the continuity service to HHL beneficiaries.

4. That attached hereto as **Exhibit D**, is a true and correct copy of the PUC's Notice of Violation dated May 31, 2024.

5. That attached hereto as **Exhibit E**, is a true and correct copy of SIC's Response to the PUC's May 31, 2024, notice.

6. That attached hereto as **Exhibit M**, is a true and correct copy of Declarant's email dated June 8, 2024, addressed to Ted Hearn, Managing Editor of Broadband Breakfast.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawai'i, June 27, 2024.

*Albert S.N. Hee*
ALBERT HEE