

**KOBAYASHI SUGITA & GODA, LLP**
Attorneys at Law

Bert T. Kobayashi, Jr.*
Alan M. Goda*

John R. Aube*
Charles W. Gall*
Neal T. Gota
Charles D. Hunter
Robert K. Ichikawa*
Christopher T. Kobayashi*
Jan M. L. Y. Kutsunai*
David M. Louie*
Nicholas R. Monlux
Jonathan S. Moore
Aaron R. Mun
Bruce A. Nakamura*

Kenneth M. Nakasone*
Harry Y. Oda
Gregory M. Sato*
Jesse W. Schiel*
Craig K. Shikuma*
Lex R. Smith*
Joseph A. Stewart*
Brian D. Tongg
David B. Tongg*
Caycie K. G. Wong

*A Law Corporation

Of Counsel:
Kenneth Y. Sugita*
Wendell H. Fuji*
Clifford K. Higa*
Burt T. Lau*
Larry L. Myers*
David Y. Suzuki*

Andrew M. Carmody
Max A. Ching
Ying Gu
Daniel K. Jacob
Austin H. Jim On
Stephen G. K. Kaneshiro
Travis Y. Kuwahara
Ryan D. Louie
Zachary K. Shikada
Timothy T. Silvester
Reece Y. Tanaka

May 24, 2024

Kevin Herring, Esq.
Ashford & Wriston
999 Bishop Street
Honolulu, Hawaii  96813

      Re:    DHHL Violation of Federal Law

Dear Kevin:

      I don't know whether your client consulted you or not, but DHHL today sent a notice to all DHHL lessees urging them to switch from SIC to a different carrier.

      Because Hawaiian Telcom did not even bid for the "last mile" infrastructure that connects individual lessees to the network, that infrastructure remains with SIC and is covered by 47 USC §251(f)(1) which exempts SIC from the interconnection requirements.  The exemption prevents exactly what DHHL and Hawaiian Tel are trying to do:  cherry pick the most profitable customers.

      Rather than violating federal law, your client would do better to engage productively with SIC in trying to minimize disruption to each customer and resolve the parties' issues.

                        Very truly yours,

                          LEX R. SMITH
                            for
                        KOBAYASHI, SUGITA & GODA, LLP

**EXHIBIT C**