

| | | |
|---|---|---|
| | Bert T. Kobayashi, Jr.* | Kenneth M. Nakasone* | Of Counsel: |
| | Alan M. Goda* | Harry Y. Oda | Kenneth Y. Sugita* |
| | | Gregory M. Sato* | Wendell H. Fuji* |
| | John R. Aube* | Jesse W. Schiel* | Clifford K. Higa* |
| | Charles W. Gall* | Craig K. Shikuma* | Burt T. Lau* |
| | Neal T. Gota | Lex R. Smith* | Larry L. Myers* |
| | Charles D. Hunter | Joseph A. Stewart* | David Y. Suzuki* |
| | Robert K. Ichikawa* | Brian D. Tongg | |
| | Christopher T. Kobayashi* | David B. Tongg* | Andrew M. Carmody |
| | Jan M. L. Y. Kutsunai* | Caycie K. G. Wong | Max A. Ching |
| | David M. Louie* | | Ying Gu |
| | Nicholas R. Monlux | *A Law Corporation | Daniel K. Jacob |
| | Jonathan S. Moore | | Austin H. Jim On |
| | Aaron R. Mun | | Stephen G. K. Kaneshiro |
| | Bruce A. Nakamura* | | Travis Y. Kuwahara |
| | | | Ryan D. Louie |
| | | | Zachary K. Shikada |
| | | | Timothy T. Silvester |
| | | | Reece Y. Tanaka |

June 5, 2024

Trent Harkrader  (Michele.Berlove@fcc.gov)
Chief
Wireline Competition Bureau
Federal Communications Commission

Re:     <u>Further Response To Your letter dated June 3, 2024</u>

Dear Mr. Harkrader:

We had a telephone conference with Judge Chang today.  Although Judge Chang is hopeful that a resolution might eventually be achieved, he has no ability to prevent the loss of service to the Hawaiian Home Lands this Friday at 11:59 p.m.

The FCC has long been on notice that SIC's ability to provide service was in jeopardy.  For example, in 2015, Senator Brian Schatz wrote to the FCC urging that the FCC "strive to ensure uninterrupted service to SIC's customers." (Enclosure 1).   The FCC Chairman wrote back to Senator Schatz, assuring that in such situations "the Commission works with all stakeholders, **including the company** … to maintain service to customers."  (Enclosure 2).

Unfortunately, SIC has never heard from the FCC about working together to maintain service to SIC's customers.   We have heard rumors that the FCC has set aside universal service funds for the past decade with the intention of using those funds at the appropriate time to assure sustained service.  That goal can be achieved through the use of a small portion of those funds.

Shane Huang, Esq. of the Department of Justice ("DOJ") has represented the FCC in this case.  However, he denies any ability to represent the FCC in the same case regarding the preservation of service.  SIC is very interested in finding a way to avoid the loss of service to its customers.  If the FCC shares that concern, we urge you to immediately work with us in a cooperative manner described in Chairman Wheeler's letter to Senator Schatz.

# EXHIBIT I

Mr. Trent Harkrader
June 5, 2024
Page 2

     SIC would like to follow all of the FCC's rules and continue to provide service but, without funding, SIC cannot.

Very truly yours,

LEX R. SMITH
  for
KOBAYASHI, SUGITA & GODA, LLP