MEHEULA LAW, LLLC
A Limited Liability Law Company

WILLIAM MEHEULA          2277-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone No.:  (808) 599-9554
Facsimile No.:  (808) 599-9610
Email: bill@meheulalaw.com

Attorney for Defendant
WAIMANA ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:18-cv-00145-JMS-RT |
| Plaintiff, | CERTIFICATE OF COMPLIANCE |
| v. | |
| SANDWICH ISLES COMMUNICATIONS, INC., *et al*., | |
| Defendants. | |

CERTIFICATE OF COMPLIANCE

Counsel of Record hereby certifies that pursuant to United States District

Court, District of Hawaiʻi, Local Rules 7.4(a) and (b) and 7.5, the text of this

1

memorandum consists of 6,528 words, not including the caption, table of contents and authorities, supporting declaration, this certificate and certificate of service, in Times New Roman font, size 14, as counted by Microsoft Word, the computer program used to prepare this brief.

DATED: Honolulu, Hawaiʻi, June 27, 2024.

/s/ *William Meheula*
WILLIAM MEHEULA

Attorney for Defendant
WAIMANA ENTERPRISES, INC.