MEHEULA LAW, LLLC
A Limited Liability Law Company

WILLIAM MEHEULA         2277-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-9554
Facsimile No.: (808) 599-9610
Email: bill@meheulalaw.com

Attorney for Defendant
WAIMANA ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:18-cv-00145-JMS-RT |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SANDWICH ISLES COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2024, to all counsel of record who

1

are deemed to have consented to electronic service via the Court's CM/ECF system per L.R. 5.4.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

DATED:  Honolulu, Hawaiʻi, June 27, 2024.

                                            /s/ *William Meheula*
                                            WILLIAM MEHEULA

                                            Attorney for Defendant
                                            WAIMANA ENTERPRISES, INC.

*United State of America v. Sandwich Isles Communication, Inc., et al.* (Civil No. 1:18-cv-00145-JMS-RT); CERTIFICATE OF SERVICE