EXHIBIT "H1"

---------- Forwarded message ---------
From: <Info@sandwichisles.com>
Date: Tue, May 21, 2024 at 4:07 PM
Subject: IMPORTANT INFORMATION regarding your service with Sandwich Isles
To: <Info@sandwichisles.com>



May 21, 2024

Aloha SIC customers,

    Yesterday Sandwich Isles Communications (SIC) assets, which are required to serve you, were auctioned and purchased by Hawaiian Telcom.  Waimana submitted a bid but was unsuccessful because only the Federal Rural Utility Service (RUS), Hawaiian Telcom and Department of Hawaiian Home Lands (DHHL) knew what Hawaiian Telcom was bidding on.  Waimana and the other bidders were not given that information, so could not outbid Hawaiian Telcom.  We are weighing our options.

    The bidding procedures contain a requirement that the successful bidder "is capable to provide continuity of service in accordance with Sandwich Isles Communications, Inc.'s License from the date the court confirms the purchase."  We have offered several times to work with DHHL leading up to this auction to insure that your service is not interrupted.  However, DHHL chose to work with Hawaiian Telcom.  As a fellow beneficiary, we have continued to provide service to you for several years even though we've been doing so at a loss.  Despite our repeated efforts to change DHHL's mind, they schemed to work with Hawaiian Telcom to purchase SIC's assets **WITHOUT ANY OBLIGATION TO SERVE ALL OF HAWAIIAN HOME LANDS.** This includes the most vulnerable, rural subdivisions.

    This is to notify you that should you experience service interruptions, SIC is unable to help.  We will stop all automatic billing once we no longer provide service to you.  It has been our pleasure to build a telecommunications network for our people at **no cost** to DHHL.  Unfortunately, in the future either DHHL or beneficiaries will have to bear the costs.

E kala Mai.

---

This message is the property of Sandwich Isles Communications and any attachments are confidential to the intended recipient at the e-mail address to which it has been addressed. If you are not the intended recipient, you may not copy, forward, disclose or use any part of this message or its attachments. If you received this transmission in error please notify the sender immediately by e-mail or contact Sandwich Isles Communications at 808-524-8400 and then delete this message from your system.

EXHIBIT H1