# EXHIBIT "H3"

---------- Forwarded message ----------
From: <Info@sandwichisles.com>
Date: On Thu, May 30, 2024 at 9:38 PM
Subject: Fw: PLEASE READ: Sandwich Isles services to end June 1, 2024
To: <Info@sandwichisles.com>
Cc:



IT IS WITH GREAT DIFFICULTY THAT WE MUST INFORM YOU THAT IT APPEARS YOUR INTERNET AND VOICE SERVICES WITH SANDWICH ISLES WILL END ON JUNE 1.

As promised, here is an update on the situation with Sandwich Isles Communications (SIC) telephone and internet service. As indicated in our last communications with you, there was a conference call on Tuesday, May 28. In attendance were representatives for the federal government, who held the auction requiring continuity of service to you; Hawaiian Telcom, the winning bidder; Waimana, another bidder; and SIC. Hawaiian Telcom clearly stated that: 1) its bid was for only certain portions of the SIC network, and 2) they would not continue to serve you. The federal government accepted their bid. Given that scenario, SIC will no longer be able to serve its customers, since the network will be portioned off, and SIC has no way of covering its costs. SIC has been losing money and this will only make it worse.

Department of Hawaiian Home Lands (DHHL) would have you believe that somehow the personal tax problems of an executive of an affiliated company is to blame or that SIC was mismanaged. In fact, because SIC was managed well, it was able to provide you with service since 1996, the last seven (7) years without any federal subsidies. The revenues were never enough to cover the expenses during the last 7 years. SIC needed to collect revenues for the Hawaiian Home Lands (HHL) that Hawaiian Telcom is using which DHHL granted to SIC in a license to use to serve you. DHHL allows Hawaiian Telcom to use HHL without a commitment to serve you or compensation to SIC. For over four (4) years, SIC consistently asked DHHL to enforce the license, warning them that SIC would not be able to continue to provide service without the revenue that was due to them. By its refusal, DHHL chose to assist Hawaiian Telcom's efforts to use HHL, rather than ensure your service. It is DHHL's responsibility to ensure you have service. It is not Hawaiian Telcom's, SIC's or Spectrum's.

Without any intervention by the federal government, DHHL or Hawaiian Telcom, SIC will no longer be able to provide service as of Saturday, June 1. Although we are still in communication with the federal government about this problem, DHHL has refused to participate in a global solution. It appears they would rather see SIC close shop than ensure your continued service. Mahalo for your loyalty over the years. This is just the latest case of DHHL choosing to use HHL for non-beneficiaries.

---

This message is the property of Sandwich Isles Communications and any attachments are confidential to the intended recipient at the e-mail address to which it has been addressed. If you are not the intended recipient, you may not copy, forward, disclose or use any part of this message or its attachments. If you received this transmission in error please notify the sender immediately by e-mail or contact Sandwich Isles Communications at 808-524-8400 and then delete this message from your system.

# EXHIBIT H3