IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. 18-00145 JMS-RT |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SANDWICH ISLES COMMUNICATIONS, INC., *et al* | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below service of a copy of the foregoing document was made upon the parties through the CM/ECF system which will electronically serve all represented parties who have filed an appearance. In addition, a copy will be served via email on:

ALBERT S.N. HEE     Email: alhee@waimana.com

DATED: Honolulu, Hawaii, June 27, 2024.

/s/ Kevin W. Herring
KEVIN W. HERRING
Attorney for Interested Party
Department of Hawaiian Home Lands

3386384