EXHIBIT "H2"



EXHIBIT H2



