IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDWICH ISLES COMMUNICATIONS, INC., *et al*<br><br>Defendants. | CIV. NO. 18-00145 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below service of a copy of the foregoing document was made upon the parties through the CM/ECF system which will electronically serve all represented parties who have filed an appearance. In addition, a copy will be served via email on:

    ALBERT S.N. HEE    Email: alhee@waimana.com

    DATED: Honolulu, Hawaii, June 27, 2024.

                                                  /s/ *Kevin W. Herring*
                                                  KEVIN W. HERRING
                                                  Attorney for Interested Party
                                                  Department of Hawaiian Home Lands