# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 18-145 JMS RT |
| ) | (Other Statutory Action) |
| ) | |
| Plaintiff, ) | **FINAL JUDGMENT AS TO ALL** |
| ) | **REMAINING CLAIMS AND** |
| ) | **PARTIES** |
| vs. ) | |
| ) | |
| ) | |
| SANDWICH ISLES ) | |
| COMMUNICATIONS, INC., et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## FINAL JUDGMENT AS TO ALL REMAINING CLAIMS AND PARTIES

Final judgment is hereby entered as to all remaining claims and parties[1] in this case as follows:

---

[1] Final Judgment was previously entered in favor of the United States and against Sandwich Isles Communications on Count I and certified as final under Fed. R. Civ. P. 54(b). (ECF 221, 222, 226). Counts II and VII have been dismissed pursuant to Order dated September 5, 2024 (ECF 596). A Consent Judgment was previously entered against Hawaii National Bank and Central Pacific Bank pursuant to the Final Judgment By Consent Against Central Pacific Bank and Hawaii National Bank dated May 24, 2018 (ECF 14); A Consent Judgment was previously entered against R.M. Towill Corporation pursuant to Final Judgment By Consent Against Defendant R.M. Towill Corporation entered June 4, 2018 (ECF

Pursuant to the Order Granting Motion to Dismiss Amended Counterclaim of Defendant Albert Hee, entered August 26, 2019 (ECF 175) Judgment is entered in favor of the United States and all counterclaim-defendants named in the Counterclaim and against Defendant Albert Hee on Mr. Hee's Counterclaims filed herein.

Pursuant to the Order Granting Plaintiff's Motion To Dismiss Counterclaim and Granting Third Party Defendants' Motion to Dismiss Individual Capacity Claims (ECF 161) and Order Granting Motion to Dismiss First Amended Counterclaim of Sandwich Isles Communications, Inc. entered February 3, 2020 (ECF 221), Judgment is hereby entered in favor of the United States and every

---

16). A Consent Judgment was previously entered against Hawaiian Electric Co. Inc. and Maui Electric Ltd pursuant to Final Judgment by Consent Against Defendants Hawaiian Electric Co., Inc. and Maui Electric Co., Ltd entered August 1, 2018 (ECF 20). Randall Y.C. Ho has been dismissed as to all claims pursuant to Notice of Dismissal of Defendant Randall Y.C. Ho dated January 29, 2019 (ECF 89). Janeen Olds has been dismissed as to all claims pursuant to Stipulation of Dismissal of United States' Claims Against Janeen-Ann Olds and of her Counterclaims Against the United States and Cross Claims Against All Other Defendants entered April 17, 2020 (ECF 251). Waimana Enterprises Inc., and Clearcom Inc. have been dismissed pursuant to Stipulation of Dismissal of United States' Claims Against Waimana Enterprises, Inc. and Clearcom, Inc. entered October 7, 2022 (ECF 445). All claims against Ho`opa`a Insurance Corp. and Pa Makani LLC have been dismissed pursuant to the Stipulation of Dismissal of United States' Claims against Ho`opa`a Insurance Corp. and Pa Makani LLC entered on September 27, 2022 (ECF 420). Paniolo Cable Company LLC and Kekauhuoli Inc. have been dismissed pursuant to Stipulation of Dismissal of United States' Claims Against Paniolo Cable Company LLC and Kekauluohi Inc. entered August 6, 2024 (ECF 578). The Clerk of Court previously entered an Entry of Default against Dell Financial Services, LLC (ECF 31).

counterclaim-defendant and third party defendant named in the Counterclaim and against Counterclaimants Sandwich Isles Communications, Inc., Kaleo Cullen and Iini Patelesio.

Pursuant to the Findings of Fact and Conclusions of Law as to Claims Against Albert S.N. Hee, entered August 31, 2023 (ECF 513), Judgment is hereby entered in favor of Defendant Albert Hee and against Plaintiff, the United States on Counts Three through Six, inclusive.  (ECF 513)

Pursuant to the Court's Order granting default judgment against Dell Financial Services LLC, entered August 8, 2024 (ECF 580), Judgment is hereby entered in favor of Plaintiff United States and against Defendant Dell Financial Services, LLC, on Count Two.  Defendant Dell Financial Services LLC does not have any interest, whether by lien, security interest, mortgage, or otherwise, in any real or personal property of Defendant Sandwich Isles Communications, Inc.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 10, 2024.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Sandwich Isles Communications, et al.*, Civil No. 18-00145 JMS-RT; Final Judgment As To All Remaining Claims and Parties

Prepared by:

/s/ Lex R. Smith                        .
LEX R. SMITH
Kobayashi Sugita & Goda, LLP
999 Bishop Street, 26th Floor
Honolulu, Hawaii 96813
Tel:  808-535-5700
Fax:  808-535-5799
Email: lrs@ksglaw.com
Attorney for Defendant
Sandwich Isles Communications


Approved as to form

*/s/ Shane Huang*
KIRK T. MANHARDT
SHANE HUANG
(Illinois Bar 6317316)
MINIARD CULPEPPER JR.
(MA Bar No. 693851)
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 616-0341
Email: shane.huang@usdoj.gov
Attorneys for the United States of America

*United States v. Sandwich Isles Communications, et al.,* Civil No. 18-00145 JMS-RT; Final Judgment As To All Remaining Claims and Parties

4